UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-72345-PWB |
| | ) | |
| SOLID ESTATE INVESTMENTS, LLC, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY
HOWARD P. SLOMKA AND SLIPAKOFF & SLOMKA, PC
AS BANKRUPTCY COUNSEL

SOLID ESTATE INVESTMENTS, LLC ("Debtor"), files this Application for Authority to Employ Howard P. Slomka and the Slipakoff and Slomka PC ("Law Firm") as Bankruptcy Counsel (this "Application") and, in support thereof, and pursuant to 11 U.S.C. § 327 and Bankruptcy Rules 2014 and 5002 states as follows:

1

On December 30, 2017, Applicant filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code"). No Trustee has been appointed.

2

Applicant wishes to employ the Law Firm as counsel in this Chapter 11 case.

3

Attorneys of The Law Firm are admitted to practice before this Court, are familiar with the Applicant's legal and operational problems, have knowledge and experience in bankruptcy

practice, and are well qualified to represent Applicant.

4

During the Chapter 11 case, Applicant will require professional services from attorneys, including:

    (a)    Preparation of pleadings and applications;

    (b)    Conduct of examinations and hearings and filing all relevant responses;

    (c)    Advising Applicant of its rights, duties and obligations as a debtor-in- possession;

    (d)    Consulting with Applicant and representing Applicant with respect to a Chapter 11 plan;

    (e)    Performing those legal services incidental and necessary to the day-to-day operations of Applicant's business, including, but not limited to, institution and prosecution of necessary legal proceedings, and general business and corporate legal advice and assistance;

    (f)    Taking any and all other action incident to the proper preservation and administration of Applicant's estate and business.

5

With the filing of such petition, Applicant has the immediate need to retain counsel to handle the prosecution of Chapter 11 proceedings, to handle challenges against its interests by others and to otherwise represent its interest on legal matters falling under the jurisdiction of this Court. Specifically, Applicant requires the immediate service of counsel to address issues in its case.

6

Except as set forth in the attached Declaration pursuant to Rule 2014, to the best of Applicant's knowledge: (a) The Law Firm represents no interests adverse to Applicant in the matters upon which the firm is to be engaged for Applicant; (b) The Law Firm has had no connection with Applicant, its creditors or any party in interest, or their respective attorneys and accountants, and (c) the firm's appointment will be in the best interest of Applicant and Applicant's Estate.

7

Applicant desires to employ the Law Firm at the firm's ordinary rates for comparable work, plus reasonable expenses, subject to review by the Court, during the pendency of this bankruptcy case. The firm has stated present fee rates of $350.00 per hour for attorneys and $185.00 per hour for legal assistants. Rates may be adjusted from time-to-time.

8.

Prior to filing the petition, Debtor was able to deliver a total of $18,217.00 to the Law Firm's trust account after applying $1,717.00 of this amount toward the filing fee, and $1,500.00 to pre-petition consultation, planning, foreclosure defense, and petition preparation, it leaves a balance of $15,000.00 in trust account.

9.

Attached hereto and incorporated herein by reference is the Verified Statement of an attorney of Law Firm offered in support of this Application.

WHEREFORE, Applicant prays that it be authorized to employ the Law Firm as its attorneys in this Chapter 11 case.

Respectfully Submitted,
Debtor in Possession, by

SOLID ESTATE INVESTMENTS, LLC

By:/s_____
Name: Allen Richardson

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-72345-PWB |
| | ) | |
| SOLID ESTATE INVESTMENTS, LLC, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

**RULE 2014 SWORN DECLARATION IN SUPPORT OF DEBTOR'S APPLICATION FOR APPROVAL OF EMPLOYMENT OF DEBTOR'S ATTORNEY**

STATE OF GEORGIA
COUNTY OF COBB

Personally appeared before me, the undersigned attesting Officer, duly authorized by law to administer oaths, the undersigned Affiants, who being first duly sworn, upon oath says as follows:

Howard P. Slomka, being above the age of 18, states and declares under oath:

1. I am an attorney in the law firm of Slipakoff and Slomka PC (the "Firm") and in that capacity I have personal knowledge of, and authority to speak on behalf of, the Firm with respect to the matters set out herein. This Declaration is offered in support of the Application of the Debtor in the above-styled case to employ the Firm as the Debtor's attorney (the "Application"), and the matters set out herein are true and correct to the best of my knowledge, information and belief.

2. Neither I nor the Firm have or represent any interest adverse to the Debtor or the Debtor's estate. The Firm has no connections with the Debtor, the Debtor's creditors, any

other party in interest or their respective attorneys or accountants, provided that the Firm provided legal services to the Debtor prior to the date of the bankruptcy filing. The Firm is not a creditor of the Debtor.

3. The Firm has no partners, associates or other professional employees who are related to the United States Trustee, any person employed in the office of the United States Trustee for the Northern District of Georgia, or with any of the Bankruptcy Judges sitting in the United States Bankruptcy Court for the Northern District of Georgia.

4. Neither I nor the Firm have agreed to share any compensation or reimbursement under 11 U.S.C. § 503(b) with any other person except within the Firm. As of the Petition Date, the Firm holds a $15,000.00 retainer for purposes of this case and its representation of the Debtor herein. Law Firm will only disburse the retainer in accordance with Court order for payment of fees in accordance with 11 U.S.C. §§ 330 and 331 of the Bankruptcy Code. In the event that fees earned are less than the retainer, any excess will be returned to Debtor.

5. I and other attorneys of the firm are duly admitted to practice law in the United States District Court for the Northern District of Georgia, among other United States Courts. We have had substantial experience in practice before the United States Bankruptcy Court for the Northern District of Georgia and before other Bankruptcy Courts, including representing both debtors and creditors in cases filed under chapters 7, 11, and 13.

6. To the best of the undersigned's knowledge, information and belief, employment of the Firm as attorneys for the Debtors would be appropriate under 11 U.S.C. § 327 and Bankruptcy Rules 2014 and 5002.

Declared January 10, 2018

By: /s/ Howard P. Slomka
Howard P. Slomka, Esquire
Georgia Bar No. 652875
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, Georgia 30339
(404)800-4017 (telephone)
HS@myatllaw.com (e-mail)

Subscribed and sworn to before me this 10 day of January, 2018.

SEAL

NOTARY PUBLIC
My Commission Expires: 3-18-2021

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-72345-PWB |
| | ) | |
| ALLEN RICHARDSON | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

====================================================================

### NOTICE OF REQUIREMENT OF RESPONSE TO APPLICATION
### FOR EMPLOYMENT OF COUNSEL

Notice is hereby given that an Application for Employment of Counsel pursuant to 11 U.S.C. § 327 has been filed in the above styled action on or about the 11th day of January 2018. Notice is further given that, pursuant to Local Rule BLR 6008-1 N.D.G.A., [BLR 755-2], any party may file a response to the motion within twenty-one (21) days after service, exclusive of the day of service, and serve a copy on Applicant. In the event that no response is time filed and served, the application will be deemed unopposed and the Bankruptcy Court shall enter an order granting the relief sought. In the event that the application is timely controverted, the Bankruptcy Court may schedule a hearing on notice to the movant, respondent or order such other proceedings as may be appropriate.

Dated and served this 11th day of January 2018.

/s/ _____
Howard Slomka, Esq.
Attorney for Debtor
Georgia Bar No. 652875
Slipakoff & Slomka, PC
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339
(404)800-4017

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO. 17-72345-PWB |
| ) | |
| SOLID ESTATE INVESTMENTS ) | CHAPTER 11 |
| ) | |
| Debtors. ) | |

========================================================================

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Application for Approval of Employment of Counsel in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

SEE ATTACHED FOR ADDITIONAL CREDITORS AND COUNSEL

Leon Van Gelderen, Esq.
Leon Van Gelderen , P.C.
2300 Henderson Mill Road, NE
Atlanta, Georgia 30345-2704

James H. Morawetz
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

DATE: January 11, 2018

/s/ Howard P. Slomka
Howard Slomka, Esq.
Attorney for Debtor
GA Bar # 652875
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339
(404)800-4017

Label Matrix for local noticing
113E-1
Case 17-72345-pwb
Northern District of Georgia
Atlanta
Fri Jan  5 16:44:32 EST 2018

Angle Oak Prime Bridge, LLC
3060 Peachtree Road NW
Ste. 500
Atlanta, GA 30305-2239

Chevron and Texaco Business Ca
PO Box 921729
Norcross, GA 30010-1729

DeKalb County Tax Commissioner
4380 Memorial Drive
Suite 100
Decatur, GA 30032-1239

DeKalb Tax Commissioner
PO Box 100004
Decatur, GA 30031-7004

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Golden Harvest Realty, LLC
c/o Leon Van Gelderen, Esq.
Leon Van Gelderen, PC
Suite 300
2300 Henderson Mill Rd, NE
Atlanta, GA 30345-2704

Gwinett County Tax Commission
PO Box 372
Lawrenceville, GA 30046-0372

Gwinett County Tax Commissione
PO Box 372
Lawrenceville, GA 30046-0372

Gwinnet County Tax Commission
PO Box 372
Lawrenceville, GA 30046-0372

Gwinnett County Dept of Water
684 Winder Highway
Lawrenceville, GA 30045-6940

Gwinnett County Tax Commission
PO Box 372
Lawrenceville, GA 30046-0372

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Leon Van Gelederen, P.C.
2300 Henderson Mill Road NE
Suite 300
Atlanta, GA 30345-2704

James H. Morawetz
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

SOLID ESTATE INVESTMENTS, LLC
c/o Allen Richardson
574 HARALSON DRIVE SW
Lilburn, GA 30047-5377

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Silver Harvest Realty, LLC
c/o Leon Van Gelderen, Esq.
Leon Van Gelderen, PC
Suite 300
2300 Henderson Mill Rd., NE
Atlanta, GA 30345-2704

Silver Harvest Realty, LLC
1103 Promontory Drive
Marietta, GA 30062-2987

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339-6213

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

United States Trustee
362 Richard B Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Leon Arthur Van Gelderen
Leon A. Van Gelderen, PC
Suite 300
2300 Henderson Mill Road
Atlanta, GA 30345-2704

Walton EMC
PO BOX 260
Monroe, GA 30655-0260

Wells Fargo Business Secured
PO Box 77033
Minneapolis, MN 55480-7733

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).