

**IT IS ORDERED as set forth below:**

**Date: April 12, 2018**

_____

Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-72345-PWB |
| | ) | |
| SOLID ESTATE INVESTMENTS, LLC, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER APPROVING EMPLOYMENT
### OF SLIPAKOFF & SLOMKA, PC

On January 11, 2018, Debtor filed an Application for Employment of Howard P. Slomka, Esq. of Slipakoff & Slomka, PC ("Attorney") as Counsel to represent Debtors in a Chapter 11 proceeding (Doc. No. 7) (the "Application"). The Application was accompanied by a verified statement in compliance with Rule 2014(a) of the Federal Rules of Bankruptcy, signed by Howard P. Slomka.

Debtor contends that copies of said application and the verified statement have been served upon the United States Trustee for the Northern District of Georgia, as required by Rules 2014(a) and 9034 of the Federal Rules of bankruptcy Procedure.

IT FURTHER APPEARS to the Court that the Attorney has been admitted to practice before this Court, does not hold an interest adverse to the estate and that the

employment of the Attorney by the Debtor upon the terms set forth in the Application is necessary and in the best interests of the estate. It is hereby

ORDERED that:

(1) The Application is APPROVED; and Debtor is authorized to employ the Firm as counsel in this Chapter 11 case pursuant to 11 USC § 327, effective 21 days from the date of this Order, unless the United States Trustee or a party in interest files an objection to such appointment prior to that date, in which event this Court will schedule a hearing; and

(2) Until the 21 day period from the date of this Order has expired, or the hearing is concluded, whichever occurs last, the Firm may appear on behalf of Debtor and serve as counsel on an interim basis pursuant to Rule 6003, Fed. R. Bankr. P. ;and

(3) All compensation and reimbursement of expenses to the Firm for services rendered and expenses incurred on behalf of the Debtor shall be subject to, and conditioned upon, application to and approval by this Court; and

(4) No compensation or expenses may be paid from the retainer held by the Firm or from any cash collateral without further order of this Court specifically authorizing same. All parties' rights are reserved regarding such issues. And

(5) The Firm shall promptly serve a copy of this Order on (a) the Office of the United States Trustee; (b) all secured and unsecured creditors in the case and their counsel; and (c) any other parties or entities requesting service.

*** END OF ORDER ***

Prepared and presented by:
\_\_\_\_\_/s/_____
Howard P. Slomka, Esq.
Attorney for Debtor
Georgia Bar No. 652875
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, Georgia 30339
(404)800-4017 (telephone)
HS@myatllaw.com (e-mail)

**Distribution List**

Howard P. Slomka, Esquire
Georgia Bar No. 652875
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, Georgia 30339
(404)800-4017 (telephone)
HS@myatllaw.com (e-mail)