**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-72345-PWB |
| | ) | |
| SOLID ESTATE INVESTMENTS, LLC, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Order and Notice Regarding Filing Proofs of Claim in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

SEE CREDITOR AND COUNSEL LIST ON FOLLOWING PAGE

Dated this 12th day of April, 2017.

                                                                  Respectfully Submitted,

                                                                  ___/s/_____
By: /s/ Howard P. Slomka
Howard P. Slomka, Esquire
Georgia Bar No. 652875
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, Georgia 30339
(404)800-4017 (telephone)
HS@myatllaw.com (e-mail)

```
Label Matrix for local noticing         Angle Oak Prime Bridge, LLC          Chevron and Texaco Business Ca
113E-1                                  3060 Peachtree Road NW               PO Box 921729
Case 17-72345-pwb                       Ste. 500                             Norcross, GA 30010-1729
Northern District of Georgia            Atlanta, GA 30305-2239
Atlanta
Fri Apr 13 13:48:42 EDT 2018

DeKalb County Tax Commissioner          DeKalb Tax Commissioner              Department of the Treasury
4380 Memorial Drive                     PO Box 100004                        Internal Revenue Service
Suite 100                               Decatur, GA 30031-7004               P.O. Box 7346
Decatur, GA 30032-1239                                                       Philadelphia PA 19101-7346


(p)GEORGIA DEPARTMENT OF REVENUE        Golden Harvest Realty, LLC           Golden Harvest Realty, LLC
COMPLIANCE DIVISION                     c/o Leon Van Gelderen, Esq.          c/o Leon Van Gelderen, PC
ARCS BANKRUPTCY                         Leon Van Gelderen, PC                2300 Henderson Mill Rd., Ste 300
1800 CENTURY BLVD NE SUITE 9100         Suite 300                            Atlanta, GA 30345-2704
ATLANTA GA 30345-3202                   2300 Henderson Mill Rd, NE
                                        Atlanta, GA 30345-2704

Gwinett County Tax Commission           Gwinett County Tax Commissione       Gwinnet County Tax Commission
PO Box 372                              PO Box 372                           PO Box 372
Lawrenceville, GA 30046-0372            Lawrenceville, GA 30046-0372         Lawrenceville, GA 30046-0372


Gwinnett County Dept of Water           Gwinnett County Tax Commission       Internal Revenue Service
684 Winder Highway                      PO Box 372                           P. O. Box 7346
Lawrenceville, GA 30045-6940            Lawrenceville, GA 30046-0372         Philadelphia, PA 19101-7346


Leon Van Gelederen, P.C.                James H. Morawetz                    Martin P. Ochs
2300 Henderson Mill Road NE             Office of U.S. Trustee               Office of the U. S. Trustee
Suite 300                               362 Richard Russell Bldg.            362 Richard Russell Federal Bldg.
Atlanta, GA 30345-2704                  75 Ted Turner Drive, SW              75 Ted Turner Drive, SW
                                        Atlanta, GA 30303-3330               Atlanta, GA 30303-3330

SOLID ESTATE INVESTMENTS, LLC           Secretary of the Treasury            Silver Harvest Realty, LLC
c/o Allen Richardson                    15th & Pennsylvania Avenue, NW       c/o Leon Van Gelderen, Esq.
574 HARALSON DRIVE SW                   Washington, DC 20200                 Leon Van Gelderen, PC
Lilburn, GA 30047-5377                                                       Suite 300
                                                                             2300 Henderson Mill Rd., NE
                                                                             Atlanta, GA 30345-2704

Silver Harvest Realty, LLC              Silver Harvest Realty, LLC           Howard P. Slomka
1103 Promontory Drive                   Leon Van Gelderen, Esq.              Slipakoff & Slomka, PC
Marietta, GA 30062-2987                 2300 Henderson Mill Rd. NE           Overlook III - Suite 1700
                                        Ste 300                              2859 Paces Ferry Rd, SE
                                        Atlanta, GA 30345-2704               Atlanta, GA 30339-6213

U. S. Attorney                          U. S. Securities and Exchange Commission   United States Trustee
600 Richard B. Russell Bldg.            Office of Reorganization             362 Richard B Russell Bldg
75 Ted Turner Drive, SW                 Suite 900                            75 Ted Turner Drive, SW
Atlanta GA 30303-3315                   950 East Paces Ferry Road, NE        Atlanta, GA 30303-3315
                                        Atlanta, GA 30326-1382

Leon Arthur Van Gelderen                Walton EMC                           Wells Fargo Business Secured
Leon A. Van Gelderen, PC                PO BOX 260                           PO Box 77033
Suite 300                               Monroe, GA 30655-0260                Minneapolis, MN 55480-7733
2300 Henderson Mill Road
Atlanta, GA 30345-2704
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Bankruptcy Division
Post Office Box 161108
Atlanta, GA 30321

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Gwinnett County Tax Commission<br>PO Box 372<br>Lawrenceville, GA 30046-0372 | (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients    29<br>Bypassed recipients     2<br>Total                  31 |