

**IT IS ORDERED as set forth below:**

**Date: April 12, 2018**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-72345-PWB |
| | ) | |
| SOLID ESTATE INVESTMENTS, LLC, | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING EMPLOYMENT
OF SLIPAKOFF & SLOMKA, PC**

On January 11, 2018, Debtor filed an Application for Employment of Howard P. Slomka, Esq. of Slipakoff & Slomka, PC ("Attorney") as Counsel to represent Debtors in a Chapter 11 proceeding (Doc. No. 7) (the "Application"). The Application was accompanied by a verified statement in compliance with Rule 2014(a) of the Federal Rules of Bankruptcy, signed by Howard P. Slomka.

Debtor contends that copies of said application and the verified statement have been served upon the United States Trustee for the Northern District of Georgia, as required by Rules 2014(a) and 9034 of the Federal Rules of bankruptcy Procedure.

IT FURTHER APPEARS to the Court that the Attorney has been admitted to practice before this Court, does not hold an interest adverse to the estate and that the

employment of the Attorney by the Debtor upon the terms set forth in the Application is necessary and in the best interests of the estate. It is hereby

ORDERED that:

(1) The Application is APPROVED; and Debtor is authorized to employ the Firm as counsel in this Chapter 11 case pursuant to 11 USC § 327, effective 21 days from the date of this Order, unless the United States Trustee or a party in interest files an objection to such appointment prior to that date, in which event this Court will schedule a hearing; and

(2) Until the 21 day period from the date of this Order has expired, or the hearing is concluded, whichever occurs last, the Firm may appear on behalf of Debtor and serve as counsel on an interim basis pursuant to Rule 6003, Fed. R. Bankr. P. ;and

(3) All compensation and reimbursement of expenses to the Firm for services rendered and expenses incurred on behalf of the Debtor shall be subject to, and conditioned upon, application to and approval by this Court; and

(4) No compensation or expenses may be paid from the retainer held by the Firm or from any cash collateral without further order of this Court specifically authorizing same. All parties' rights are reserved regarding such issues. And

(5) The Firm shall promptly serve a copy of this Order on (a) the Office of the United States Trustee; (b) all secured and unsecured creditors in the case and their counsel; and (c) any other parties or entities requesting service.

***   END OF ORDER   ***

Prepared and presented by:
\_\_\_\_\_/s/_____
Howard P. Slomka, Esq.
Attorney for Debtor
Georgia Bar No. 652875
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, Georgia 30339
(404)800-4017 (telephone)
HS@myatllaw.com (e-mail)

**Distribution List**

Howard P. Slomka, Esquire
Georgia Bar No. 652875
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, Georgia 30339
(404)800-4017 (telephone)
HS@myatllaw.com (e-mail)

```
                           United States Bankruptcy Court
                           Northern District of Georgia
In re:                                                                             Case No. 17-72345-pwb
SOLID ESTATE INVESTMENTS, LLC                                                      Chapter 11
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: flanagan              Page 1 of 1           Date Rcvd: Apr 13, 2018
                              Form ID: pdf408             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2018.
db             +SOLID ESTATE INVESTMENTS, LLC,    c/o Allen Richardson,    574 HARALSON DRIVE SW,
                 Lilburn, GA 30047-5377
               +Howard P. Slomka, Esquire,    2859 Paces Ferry Road, SE,    Suite 1700,
                 Atlanta, Georgia 30339-6213
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
              Howard P. Slomka    on behalf of Debtor    SOLID ESTATE INVESTMENTS, LLC se@myatllaw.com,
               myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74
               878@notify.bestcase.com
              James H. Morawetz    on behalf of U.S. Trustee    United States Trustee Jim.H.Morawetz@usdoj.gov
              Leon Arthur Van Gelderen    on behalf of Creditor    Silver Harvest Realty, LLC lvgpc@lvglaw.com,
               Leon@lvglaw.com
              Leon Arthur Van Gelderen    on behalf of Creditor    Golden Harvest Realty, LLC lvgpc@lvglaw.com,
               Leon@lvglaw.com
              Martin P. Ochs    on behalf of U.S. Trustee    United States Trustee martin.p.ochs@usdoj.gov
                                                                                             TOTAL: 5
```