# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SOLID ESTATE INVESTMENTS LLC | ) | CASE NO. 17-72345-PWB |
| | ) | |
| Debtor. | ) | |

===============================================================

## NOTICE OF HEARING

*(First Interim Fee Application for Debtor's Counsel: $ 17,441.51)*

PLEASE TAKE NOTICE that Debtor's counsel has filed a FEE APPLICATION and related papers with the Court.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on this Fee Application in <u>Courtroom 1401 at 10:00 a.m. on January 29, 2018.</u>

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1401, 75 Spring Street, Atlanta, Georgia 30303.

You must also mail a copy of your response to the undersigned at the address stated below.

By:_____/s/_____
Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SOLID ESTATE INVESTMENTS LLC | ) | CASE NO. 17-72345-PWB |
| | ) | |
| Debtor. | ) | |

=======================================================================

**FIRST APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION FOR**
**CHAPTER 11 LEGAL FEES DUE TO DEBTOR'S ATTORNEY**
**THROUGH DECEMBER 20, 2018**

*(Total payment sought:  $ 17,441.51)*

COMES NOW Slipakoff and Slomka P.C, successor by merger of The Slomka Law Firm

P.C (the "Law Firm"), Attorneys for Debtor, and files this Post Filing Application for Chapter 11

Legal Fees Due to Debtor's Counsel (this "Application") and in support thereof respectfully shows

as follows:

1.      The Law Firm has represented Solid Estate Investments LLC. ("Debtor") since the

date of filing the Petition, December 30, 2017. Employment of Law Firm as Debtor's counsel was

approved on April 13, 2018 (Doc. 15).

2.      Law Firm makes this Application for the allowance of interim compensation for

pre-confirmation professional services rendered to Debtor from the date of Chapter 11 petition

preparation and filing through and including December 17, 2018 (the "Period") pursuant to 11

USC § 330 and 331.  All services for which compensation is requested were performed on behalf

of the Debtor and not of any other party, creditor, persons or party in interest.

3.      Law Firm has had numerous conferences and meetings with Debtor, creditors and

accountants of Debtor, attorneys for creditors and with the US Trustee's office with reference to

this case, and has filed appropriate pleadings and attended hearings and performed other services necessary to the proper administration of the estate.

4.      The time expended by Law Firm and the work performed is duly itemized and set forth in the "Accounting" attached here to as *Exhibit A* and incorporated herein.

5.      The out-of-pocket expenses incurred by the Law Firm during the Period are not sought in this Fee Application.  The copy costs are charged at the rate of $0.10 per page.  Mailing and service costs are charged at the rate of $1.53 per small envelope or $2.25 for large envelopes, or $1.00 over actual postage for oversize, overnight, or special delivery items.  The Schedules require 29 creditor envelopes.   Total costs sought are _____N/C___.

6.      Westlaw access, legal research, PACER, and printing charges from GA Superior Court Clerks Cooperative for real estate records are estimated by the Law Firm to be $___NC__.

7.      Law Firm has made no prior application for fees in this case.

8.      No agreement or understanding exists between Law Firm and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

9.      Law Firm shows that it has expended a total of __51.1__ hours in law firm time for the client, with total fees due in the amount of $__17,441.51__, plus costs due in the amount of $__0_, and is therefore due a total of $_17,441.51___pursuant to the above-referenced and prior disclosed compensation agreement.

10.      Law Firm respectfully requests this Court to allow such sums as Chapter 11 compensation, and to authorize the estate to pay the Law Firm $___17,441.51____.

11.      Law Firm holds a retainer in the amount of $ ___15,000.00____in its trust account and seeks Court approval to disburse this retainer to Law Firm.

12.   Law Firm makes the following representations with respect to the 12-part <u>Johnson</u>

test:

(a)  <u>Time and Labor Required</u>.  Law Firm has expended a total of 51.1, hours during

the Period, at the following rates:

| <u>Individual</u> | <u>Hourly Rate</u> |
|---|---|
| Howard P. Slomka, Esq. | $350.00 |
| Shawn J. Eisenberg, Esq. | $300.00 |
| Fernando Bustelo (Paralegal) | $185.00 |

(b)  <u>Novelty and Difficulty of Questions Presented:</u>  Debtor operates a real estate

investment and management business, which commercial purpose consists of

finding tenants and renting the eight (8) residential properties it owns and

providing property management services to third parties.  At the time of the

commencement of the case, Debtor was faced with two unleased properties and

some tenants who were delinquent in rent.  Debtor had therefor fallen behind

in its secured mortgage payment and was facing foreclosure even though the

properties retained equity and a positive outlook for future rentals. The Chapter

11 case involved a rushed filing due to Debtor's unpaid property taxes and

imminent foreclosure by its two aggressive private mortgage lenders known as

Silver Harvest LLC and Golden Harvest LLC.  Because the case involves a list

of 29 creditors holders of various secured and unsecured claims, as well as

Debtor's principal who has had no previous bankruptcy experience, the case

involved significant client contact and explanation, as well as protracted

negotiation with lenders' counsel and the Trustee to cover short term payments

while regularizing cash flow of the properties and strengthen the feasibility of the proposed Plan.

(c) <u>Skill Requisite to Perform Legal Services Properly:</u>  Law Firm respectfully represents to the Court that it possesses the knowledge and skill to perform the legal services required by Debtor and has represented both Debtor and creditors is similar cases before this Court and others.

(d) <u>The Preclusion of Other Employment Due to Acceptance of This Client:</u>  Law Firm respectfully represents that the time dedicated to serving and visiting this client could have been dedicated to serving other clients of the firm, but for the demands of this case.   This is all the more so due to the fact that Firm founder Howard P. Slomka performed the bulk of the legal services personally.

(e) <u>Customary Fee for the Type of Services Rendered:</u>  Law Firm shows that the fees shown in the Accounting $350.00 per hour for attorneys and $185.00 for paralegals represent fees customary for representation of clients in Chapter 11 bankruptcy cases.

(f) <u>Whether Fee is Fixed or Contingent:</u>  Law Firm's fees are subject to Court review and approval under 11 USC 330, and to Debtor's ability to pay.  As such, collection is not definite, and the fee is not entirely fixed or contingent, but shares characteristics of each.

(g) <u>Time Limitations Imposed By Client or Other Circumstances:</u>  Law Firm shows that many of its tasks were performed under strict time limits and in preparation for hearings with set times.  The filing of the original case was demanding, and involved considerable first day motions and hearings.

(h) <u>Amount Involved and Results Obtained:</u> Law Firm filed a Chapter 11 case to save Debtor, and reorganize its operations. The Plan has not been filed yet.

(i) <u>Experience and Reputation of Attorneys:</u> Law Firm respectfully represents that it has significant experience and respect of peers and others in the legal community. Howard P. Slomka has practiced in Atlanta since 1996, is licensed in two states, and presently serves as partner of the law firm Slipakoff & Slomka P.C. Mr. Slomka also served as General Counsel of a Hotel Holding Company that has navigated through a successful Chapter 11 reorganization under his leadership. Law Firm represents both debtors and creditors in cases filed under Chapter 7, 11, and 13.

(j) <u>Undesirability of the Case:</u> This factor is not usually applicable to Chapter 11 cases, other than to point out that the Debtor is in the real estate investment and management business. By filing this case at the pre-foreclosure judgment stage brought by its main creditors, Law Firm has provided a valuable service to Debtor, and therefore to the larger pool of creditors as well.

(k) <u>Nature and Length of Professional Relationship With Client:</u> Law Firm has represented Debtor since filing this case.

(l) <u>Awards in Similar Cases:</u> The fees sought in this Application are significantly lower than would be expected in similar cases. This is due to the fact that Law Firm has only charged for the time spent by Howard P. Slomka, and has not charged for many phone calls and routine follow up matters as an accommodation to Debtor. As a professional practice, Mr. Slomka does not bill

his clients for cell phone calls taken during a commute, and this is when he speaks with Debtor most regularly.

WHEREFORE, Law Firm prays that it be allowed Chapter 11 compensation as follows:

(1) $_17,441.51_____ for legal fees incurred during the Period;

(2) $__0___ for costs incurred on behalf of Debtor;

(3) Law Firm shall be entitled to disburse and apply its retainer in the amount of $__15,000.00____ toward the amount earned by Law Firm.

Respectfully Submitted,
SLIPAKOFF AND SLOMKA, PC
Attorney for Debtor

By:___/s/ Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

**<u>EXHIBIT A</u>**



Case
17-72345

**Slipakoff & Slomka, PC**
**CHAPTER 11 FEE APPLICATION**
Activity: All Dates
Solid Estate Investment LLC (Ch 11)

| Activity Date | Employee | Product/Service | Memo/Description | Rates | Duration | Amount |
|---|---|---|---|---|---|---|
| 12/30/2017/ | Howie Slomka | | Review filings and docket | | | NC |
| 1/5/2018 | Howie Slomka | | TC client re IDI and 341 scheduling | | 7:55 | NC |
| 01/08/2018 | Fernando Bustelo | C11 Paralegal Services | TC Leon VanGelderen (20 mins); go over rent roll and all props to review insurance and cash flow (30 mins); meet with T H (30 mins) | 185.00 | 1.3333333 | 246.67 |
| 1/8/2018 | Howie Slomka | | TC FB and client to go over next steps; confirm insurance and rent roll | | | NC |
| 1/11/2018 | Howie Slomka | | Prep and file Application to employ counsel.  Serve, and prep order | 350.00 | 1.3333333 | 466.67 |
| 01/18/2018 | Howie Slomka | C11 Attorney Services | Prep for and attend IDI (60);  follow up with Randy Enever and client (60);  go over procedures with client at courthouse.(60) | 350.00 | 3 | 1,050.00 |
| 01/23/2018 | Howie Slomka | C11 Attorney Services | review bank statements (30) and TC client (30) | 350.00 | 1 | 350.00 |
| 01/24/2018 | Howie Slomka | C11 Attorney Services | Prep for and attend 341 meeting with client (2 hours);  follow up with trustee and make checklist (30 mins) | 350.00 | 2.5 | 875.00 |
| 02/15/2018 | Fernando Bustelo | C11 Paralegal Services | Phone call with client and HPS to address operating report corrections and filing. | 185.00 | 0.25 | 46.25 |
| 02/16/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 02/22/2018 | Howie Slomka | C11 Attorney Services | TC regarding tax sale of leased property.  Howie to send letter to tenant. | 350.00 | 0.5 | 175.00 |
| 03/20/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 03/23/2018 | Takiyah Holmes | C11 Paralegal Services | TC client and UST re hard money loan and budget items (30 mins); review docket and rent roll and debtor budget docs. (30) | 185.00 | 1 | 185.00 |

| Date | Timekeeper | Category | Description | Rate | Qty | Amount |
|---|---|---|---|---|---|---|
| 03/23/2018 | Howie Slomka | C11 Attorney Services | review budget; meet with TH, prep plan for filing | 350.00 | 1.0833333 | 379.17 |
| 3/29/2018 | Howie Slomka | C11 Attorney Services | Prep and file Bar Date Motion | 350.00 | 0.4 | 140.00 |
| 04/03/2018 | Howie Slomka | C11 Attorney Services | review March figures (30)and draft plan and disclosure statement for discussion with lead creditor counsel (2hours). | 350.00 | 2.5 | 875.00 |
| 04/04/2018 | Howie Slomka | C11 Attorney Services | Run spreadsheets to determine plan payments and budget 90 mins; review claims and original loan docs (30 mins); TC client to discuss Wichita property and Hariston property specifics (1hr); email creditor counsel and client (30); draft plan (30) | 350.00 | 4 | 1,400.00 |
| 04/11/2018 | Howie Slomka | C11 Attorney Services | Finalize plan and disclosure statement; email opp counsel for use as settlement and global discussion tool. | 350.00 | 2 | 1,166.67 |
| 04/13/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 05/14/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 05/15/2018 | | Chapter 11 Filing Fees | Visit properties; TC creditor counsel ; go over MOR and prepare budget for plan reorg. | 0.00 | 2.5 | NC |
| 05/16/2018 | Howie Slomka | C11 Attorney Services | TC with client to discuss Wichita progress and MOR;  revise report;  email creditor counsel. | 350.00 | 2 | 700.00 |
| 5/22/2018 | Howie Slomka | C11 Attorney Services | TC and emails with Leon VanGelderen re consent order and debtor discovery | 350.00 | 0.6 | 210.00 |
| 06/03/2018 | Howie Slomka | C11 Attorney Services | REVIEW DOC PRODUCTION AND CONTACT CLIENT (20), (1hr) ASSIST WITH DEPO PREP. | 350.00 | 1.3333333 | 466.67 |
| 06/07/2018 | Howie Slomka | C11 Attorney Services | TC creditor counsel;  prep for deposition;  review doc production | 350.00 | 1 | 350.00 |
| 06/15/2018 | Howie Slomka | C11 Attorney Services | review docket; discovery requests and responses(30); schedule deposition with LVG.(30) | 350.00 | 1 | 350.00 |
| 06/15/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 07/02/2018 | Takiyah Holmes | C11 Paralegal Services | Printed and Saved New Proofs of Insurance for Properties | 185.00 | 0.1 | 18.50 |
| 07/02/2018 | Takiyah Holmes | C11 Paralegal Services | Emailed and attached all updated Proofs of Insurance to Mr. Van Gelderen OPC | 185.00 | 0.3 | 55.50 |

| Date | Timekeeper | Service | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/03/2018 | Howie Slomka | C11 Attorney Services | review docket and docs for discovery' email client re Hariston lease and Wichita house. | 350.00 | 1.1666667 | 408.33 |
| 07/05/2018 | Howie Slomka | C11 Attorney Services | TC L Van Gelderen and client re Hariston (30) and monthly operating report review and edit (45) | 350.00 | 1.1333333 | 396.67 |
| 07/16/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 07/19/2018 | Takiyah Holmes | C11 Paralegal Services | Email to client requesting Declaration Page | 185.00 | 0.1 | 18.50 |
| 08/09/2018 | Howie Slomka | C11 Attorney Services | TC client about status and email LVG; research and pull loan docs. | 350.00 | 1.5 | 525.00 |
| 08/17/2018 | Fernando Bustelo | C11 Paralegal Services | Various emails and phone call with client regarding current insurance coverage on all properties. Obtain declaration copies and share with trustee's attorney. | 185.00 | 0.25 | 46.25 |
| 08/17/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 09/14/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 09/26/2018 | Takiyah Holmes | C11 Paralegal Services | Email to client confirming appointment | 185.00 | 0.1 | 18.50 |
| 09/27/2018 | Howie Slomka | C11 Attorney Services | Prep for and attend meeting with client; go over MORs and current budget; plan for next steps; amend and file Schedule D showing Wichita mortgage. Client left at 11:30 am. HPS done at 12:15. | 350.00 | 1.5 | 525.00 |
| 09/27/2018 | Takiyah Holmes | C11 Paralegal Services | Met with client with HS re: plan for properties and Bk going forward | 185.00 | 0.5 | 92.5 |
| 10/08/2018 | Takiyah Holmes | Chapter 11 Filing Fees | Filed Amendment to Schedule D - COST | 31.00 | 1 | 31.00 |
| 10/08/2018 | Takiyah Holmes | C11 Paralegal Services | Prepared and Filed Amendment to Schedule D | 185.00 | 1.2 | 222 |
| 10/18/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 10/24/2018 | Howie Slomka | C11 Attorney Services | Review Silver Harvest MFR and email client to discuss. | 350.00 | 1 | 350.00 |
| 11/08/2018 | Howie Slomka | C11 Attorney Services | Review files (20) review MFR and emails from Leon VG (20) TC client to discuss options. (50 mins) | 350.00 | 1.5 | 525.00 |

| Date | Name | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/08/2018 | Fernando Bustelo | C11 Paralegal Services | Set up call with Leon Van Gelderen and attend conference call regarding Wichita property and overall proposed terms of the consent order. | 185.00 | 0.1666667 | 30.83 |
| 11/09/2018 | Howie Slomka | C11 Attorney Services | (45 min) phone call with client rre upcoming MFR. 30 min tc with cred counsel to propose consent order; 20 mins reviewing files and prop values; 20 minutes compiling chart of back taxes. TC and emails with client and fernando. | 350.00 | 1.9166667 | 670.83 |
| 11/14/2018 | Howie Slomka | C11 Attorney Services | Draft consent order to MFR hrg; transmit to opp counsel; TC client to review terms. | 350.00 | 1.5 | 525.00 |
| 11/14/2018 | Howie Slomka | C11 Attorney Services | 20 mins - attend court and make announcement; 40 mins draft and review consent order and send to UST for consent. | 350.00 | 1.333333 | 466.67 |
| 11/19/2018 | Fernando Bustelo | C11 Paralegal Services | 20 mins Upload to court.; tc client Review proposed consent order granting lenders' motion to lift stay, correspond with opp. counsel and HPS regarding changes. Upload order and re-upload based on misc. deficiencies reported by Clerk. | 185.00 | 0.4166667 | 77.08 |
| 11/19/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 12/07/2018 | Fernando Bustelo | C11 Paralegal Services | Mail out envelopes to creditors containing a certificate of service (COS) and filed order granting motion to lift stay. Draft and file COS. | 185.00 | 0.75 | 138.75 |
| 12/17/2018 | Fernando Bustelo | C11 Paralegal Services | Draft disclosure statement, and notice of hearing. Review consent order granting motion to lift stay and emails from client confirming payment in accordance with terms of the order. Email to HPS for revision. | 185.00 | 0.8333333 | 154.17 |
| 12/19/2018 | Howie Slomka | C11 Attorney Services | Prep, revise and file Pln, disclosure statement and Application for cond approval | 350.00 | 2.1 | 735.00 |
| 20-Dec | Howie Slomka | C11 Attorney Services | Prepare and file First Fee Application | 350.00 | 1.3 | 455.00 |
| | | | | | 51.1 | $ 17,441.51 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SOLID ESTATE INVESTMENTS LLC | ) | CASE NO. 17-72345-PWB |
| | ) | |
| Debtor. | ) | |

===============================================================

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing FIRST APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION FOR CHAPTER 11 LEGAL FEES DUE TO DEBTOR'S ATTORNEY THROUGH DECEMBER 20, 2018 upon the following by US Mail and the ECF system.

SEE ATTACHED LIST OF CREDITORS

Dated this 20th day of December, 2018.

By:___/s/ Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

Label Matrix for local noticing
113E-1
Case 17-72345-pwb
Northern District of Georgia
Atlanta
Thu Dec 20 16:23:28 EST 2018

Angle Oak Prime Bridge, LLC
3060 Peachtree Road NW
Ste. 500
Atlanta, GA 30305-2239

Chevron and Texaco Business Ca
PO Box 921729
Norcross, GA 30010-1729

DeKalb County Tax Commissioner
1380 Memorial Drive
Suite 100
Decatur, GA 30032-1239

DeKalb Tax Commissioner
PO Box 100004
Decatur, GA 30031-7004

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Golden Harvest Realty, LLC
c/o Leon Van Gelderen, Esq.
Leon Van Gelderen, PC
Suite 300
2300 Henderson Mill Rd, NE
Atlanta, GA 30345-2704

Golden Harvest Realty, LLC
c/o Leon Van Gelderen, PC
2300 Henderson Mill Rd., Ste 300
Atlanta, GA 30345-2704

Gwinett County Tax Commission
PO Box 372
Lawrenceville, GA 30046-0372

Gwinett County Tax Commissione
PO Box 372
Lawrenceville, GA 30046-0372

Gwinnet County Tax Commission
PO Box 372
Lawrenceville, GA 30046-0372

Gwinnett County Dept of Water
684 Winder Highway
Lawrenceville, GA 30045-6940

Gwinnett County Tax Commission
PO Box 372
Lawrenceville, GA 30046-0372

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Leon Van Gelederen, P.C.
2300 Henderson Mill Road NE
Suite 300
Atlanta, GA 30345-2704

James H. Morawetz
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

Martin P. Ochs
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

SOLID ESTATE INVESTMENTS, LLC
c/o Allen Richardson
874 HARALSON DRIVE SW
Lilburn, GA 30047-5377

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Silver Harvest Realty, LLC
c/o Leon Van Gelderen, Esq.
Leon Van Gelderen, PC
Suite 300
2300 Henderson Mill Rd., NE
Atlanta, GA 30345-2704

Silver Harvest Realty, LLC
1103 Promontory Drive
Marietta, GA 30062-2987

Silver Harvest Realty, LLC
Leon Van Gelderen, Esq.
2300 Henderson Mill Rd. NE
Ste 300
Atlanta, GA 30345-2704

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339-6213

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

United States Trustee
362 Richard B Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Leon Arthur Van Gelderen
Leon A. Van Gelderen, PC
Suite 300
2300 Henderson Mill Road
Atlanta, GA 30345-2704

Walton EMC
PO BOX 260
Monroe, GA 30655-0260

Wells Fargo Business Secured
PO Box 77033
Minneapolis, MN 55480-7733

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Bankruptcy Division
Post Office Box 161108
Atlanta, GA 30321

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Gwinnett County Tax Commission          (d)Internal Revenue Service          End of Label Matrix
PO Box 372                                 PO Box 7346                          Mailable recipients     29
Lawrenceville, GA 30046-0372               Philadelphia, PA 19101-7346          Bypassed recipients      2
                                                                                Total                   31