**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SOLID ESTATE INVESTMENTS LLC | ) | CASE NO. 17-72345-PWB |
| | ) | |
| Debtor. | ) | |

===================================================================

**NOTICE OF HEARING**

*(First Interim Fee Application for Debtor's Counsel: $ 17,441.51)*

 PLEASE TAKE NOTICE that Debtor's counsel has filed a FEE APPLICATION and related papers with the Court.

 PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on this Fee Application in <u>Courtroom 1401 at 10:00 a.m. on January 29, 2019.</u>

 Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1401, 75 Spring Street, Atlanta, Georgia 30303.

You must also mail a copy of your response to the undersigned at the address stated below.

                  By:_____/s/_____
                  Howard P. Slomka, Esquire
                  Georgia Bar #652875
                  2859 Paces Ferry Rd. SE.
                  Suite 1700
                  Atlanta, Georgia 30339
                  Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SOLID ESTATE INVESTMENTS LLC | ) | CASE NO. 17-72345-PWB |
| | ) | |
| Debtor. | ) | |

**FIRST APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION FOR CHAPTER 11 LEGAL FEES DUE TO DEBTOR'S ATTORNEY THROUGH DECEMBER 20, 2018**

*(Total payment sought: $ 17,441.51)*

COMES NOW Slipakoff and Slomka P.C, successor by merger of The Slomka Law Firm P.C (the "Law Firm"), Attorneys for Debtor, and files this Post Filing Application for Chapter 11 Legal Fees Due to Debtor's Counsel (this "Application") and in support thereof respectfully shows as follows:

1. The Law Firm has represented Solid Estate Investments LLC. ("Debtor") since the date of filing the Petition, December 30, 2017. Employment of Law Firm as Debtor's counsel was approved on April 13, 2018 (Doc. 15).

2. Law Firm makes this Application for the allowance of interim compensation for pre-confirmation professional services rendered to Debtor from the date of Chapter 11 petition preparation and filing through and including December 17, 2018 (the "Period") pursuant to 11 USC § 330 and 331. All services for which compensation is requested were performed on behalf of the Debtor and not of any other party, creditor, persons or party in interest.

3. Law Firm has had numerous conferences and meetings with Debtor, creditors and accountants of Debtor, attorneys for creditors and with the US Trustee's office with reference to

this case, and has filed appropriate pleadings and attended hearings and performed other services necessary to the proper administration of the estate.

4. The time expended by Law Firm and the work performed is duly itemized and set forth in the "Accounting" attached here to as ***Exhibit A*** and incorporated herein.

5. The out-of-pocket expenses incurred by the Law Firm during the Period are not sought in this Fee Application. The copy costs are charged at the rate of $0.10 per page. Mailing and service costs are charged at the rate of $1.53 per small envelope or $2.25 for large envelopes, or $1.00 over actual postage for oversize, overnight, or special delivery items. The Schedules require 29 creditor envelopes. Total costs sought are _____N/C___.

6. Westlaw access, legal research, PACER, and printing charges from GA Superior Court Clerks Cooperative for real estate records are estimated by the Law Firm to be $___NC__.

7. Law Firm has made no prior application for fees in this case.

8. No agreement or understanding exists between Law Firm and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

9. Law Firm shows that it has expended a total of __51.1__ hours in law firm time for the client, with total fees due in the amount of $__17,441.51__, plus costs due in the amount of $__0_, and is therefore due a total of $_17,441.51___ pursuant to the above-referenced and prior disclosed compensation agreement.

10. Law Firm respectfully requests this Court to allow such sums as Chapter 11 compensation, and to authorize the estate to pay the Law Firm $___17,441.51____.

11. Law Firm holds a retainer in the amount of $ ___15,000.00____ in its trust account and seeks Court approval to disburse this retainer to Law Firm.

12. Law Firm makes the following representations with respect to the 12-part Johnson test:

(a) Time and Labor Required. Law Firm has expended a total of 51.1, hours during the Period, at the following rates:

| Individual | Hourly Rate |
|---|---|
| Howard P. Slomka, Esq. | $350.00 |
| Shawn J. Eisenberg, Esq. | $300.00 |
| Fernando Bustelo (Paralegal) | $185.00 |

(b) Novelty and Difficulty of Questions Presented: Debtor operates a real estate investment and management business, which commercial purpose consists of finding tenants and renting the eight (8) residential properties it owns and providing property management services to third parties. At the time of the commencement of the case, Debtor was faced with two unleased properties and some tenants who were delinquent in rent. Debtor had therefor fallen behind in its secured mortgage payment and was facing foreclosure even though the properties retained equity and a positive outlook for future rentals. The Chapter 11 case involved a rushed filing due to Debtor's unpaid property taxes and imminent foreclosure by its two aggressive private mortgage lenders known as Silver Harvest LLC and Golden Harvest LLC. Because the case involves a list of 29 creditors holders of various secured and unsecured claims, as well as Debtor's principal who has had no previous bankruptcy experience, the case involved significant client contact and explanation, as well as protracted negotiation with lenders' counsel and the Trustee to cover short term payments

while regularizing cash flow of the properties and strengthen the feasibility of the proposed Plan.

(c) <u>Skill Requisite to Perform Legal Services Properly:</u>  Law Firm respectfully represents to the Court that it possesses the knowledge and skill to perform the legal services required by Debtor and has represented both Debtor and creditors is similar cases before this Court and others.

(d) <u>The Preclusion of Other Employment Due to Acceptance of This Client:</u>  Law Firm respectfully represents that the time dedicated to serving and visiting this client could have been dedicated to serving other clients of the firm, but for the demands of this case.  This is all the more so due to the fact that Firm founder Howard P. Slomka performed the bulk of the legal services personally.

(e) <u>Customary Fee for the Type of Services Rendered</u>:  Law Firm shows that the fees shown in the Accounting $350.00 per hour for attorneys and $185.00 for paralegals represent fees customary for representation of clients in Chapter 11 bankruptcy cases.

(f) <u>Whether Fee is Fixed or Contingent:</u>  Law Firm's fees are subject to Court review and approval under 11 USC 330, and to Debtor's ability to pay.  As such, collection is not definite, and the fee is not entirely fixed or contingent, but shares characteristics of each.

(g) <u>Time Limitations Imposed By Client or Other Circumstances</u>:  Law Firm shows that many of its tasks were performed under strict time limits and in preparation for hearings with set times.  The filing of the original case was demanding, and involved considerable first day motions and hearings.

(h) <u>Amount Involved and Results Obtained:</u>  Law Firm filed a Chapter 11 case to save Debtor, and reorganize its operations.  The Plan has not been filed yet.

(i) <u>Experience and Reputation of Attorneys</u>:   Law Firm respectfully represents that it has significant experience and respect of peers and others in the legal community.  Howard P. Slomka has practiced in Atlanta since 1996, is licensed in two states, and presently serves as partner of the law firm Slipakoff & Slomka P.C.  Mr. Slomka also served as General Counsel of a Hotel Holding Company that has navigated through a successful Chapter 11 reorganization under his leadership.  Law Firm represents both debtors and creditors in cases filed under Chapter 7, 11, and 13.

(j) <u>Undesirability of the Case:</u>  This factor is not usually applicable to Chapter 11 cases, other than to point out that the Debtor is in the real estate investment and management business.  By filing this case at the pre-foreclosure judgment stage brought by its main creditors, Law Firm has provided a valuable service to Debtor, and therefore to the larger pool of creditors as well.

(k) <u>Nature and Length of Professional Relationship With Client:</u>  Law Firm has represented Debtor since filing this case.

(l) <u>Awards in Similar Cases:</u>  The fees sought in this Application are significantly lower than would be expected in similar cases.  This is due to the fact that Law Firm has only charged for the time spent by Howard P. Slomka, and has not charged for many phone calls and routine follow up matters as an accommodation to Debtor.  As a professional practice, Mr. Slomka does not bill

his clients for cell phone calls taken during a commute, and this is when he speaks with Debtor most regularly.

WHEREFORE, Law Firm prays that it be allowed Chapter 11 compensation as follows:

(1) $_17,441.51_____ for legal fees incurred during the Period;

(2) $__0___ for costs incurred on behalf of Debtor;

(3) Law Firm shall be entitled to disburse and apply its retainer in the amount of $__15,000.00____ toward the amount earned by Law Firm.

Respectfully Submitted,
SLIPAKOFF AND SLOMKA, PC
Attorney for Debtor

By:___/s/  Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

**EXHIBIT A**



Exhibit A

Case 17-72345

**Slipakoff & Slomka, PC**
**CHAPTER 11 FEE APPLICATION**
Activity: All Dates
Solid Estate Investment LLC (Ch 11)

| Activity Date | Employee | Product/Service | Memo/Description | Rates | Duration | Amount |
|---|---|---|---|---|---|---|
| 12/30/2017 | Howie Slomka | | Review filings and docket | | | NC |
| 1/5/2018 | Howie Slomka | | TC client re IDI and 341 scheduling | | 7:55 | NC |
| 01/08/2018 | Fernando Bustelo | C11 Paralegal Services | TC Leon VanGelderen (20 mins); go over rent roll and all props to review insurance and cash flow (30 mins); meet with T H (30 mins) | 185.00 | 1.3333333 | 246.67 |
| 1/8/2018 | Howie Slomka | | TC FB and client to go over next steps; confirm insurance and rent roll | | | NC |
| 1/11/2018 | Howie Slomka | | Prep and file Application to employ counsel.  Serve, and prep order | 350.00 | 1.3333333 | 466.67 |
| 01/18/2018 | Howie Slomka | C11 Attorney Services | Prep for and attend IDI (60); follow up with Randy Enever and client (60); go over procedures with client at courthouse.(60) | 350.00 | 3 | 1,050.00 |
| 01/23/2018 | Howie Slomka | C11 Attorney Services | review bank statements (30) and TC client (30) | 350.00 | 1 | 350.00 |
| 01/24/2018 | Howie Slomka | C11 Attorney Services | Prep for and attend 341 meeting with client (2 hours);  follow up with trustee and make checklist (30 mins) | 350.00 | 2.5 | 875.00 |
| 02/15/2018 | Fernando Bustelo | C11 Paralegal Services | Phone call with client and HPS to address operating report corrections and filing. | 185.00 | 0.25 | 46.25 |
| 02/16/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 02/22/2018 | Howie Slomka | C11 Attorney Services | TC regarding tax sale of leased property.   Howie to send letter to tenant. | 350.00 | 0.5 | 175.00 |
| 03/20/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 03/23/2018 | Takiyah Holmes | C11 Paralegal Services | TC client and UST re hard money loan and budget items (30 mins); review docket and rent roll and debtor budget docs. (30) | 185.00 | 1 | 185.00 |

| Date | Timekeeper | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/23/2018 | Howie Slomka | C11 Attorney Services | review budget; meet with TH, prep plan for filing | 350.00 | 1.0833333 | 379.17 |
| 3/29/2018 | Howie Slomka | C11 Attorney Services | Prep and file Bar Date Motion | 350.00 | 0.4 | 140.00 |
| 04/03/2018 | Howie Slomka | C11 Attorney Services | review March figures (30)and draft plan and disclosure statement for discussion with lead creditor counsel (2hours). | 350.00 | 2.5 | 875.00 |
| 04/04/2018 | Howie Slomka | C11 Attorney Services | Run spreadsheets to determine plan payments and budget 90 mins; review claims and original loan docs (30 mins); TC client to discuss Wichita property and Hariston property specifics (1hr);  email creditor counsel and client (30);   draft plan (30) | 350.00 | 4 | 1,400.00 |
| 04/11/2018 | Howie Slomka | C11 Attorney Services | Finalize plan and disclosure statement; email opp counsel for use as settlement and global discussion tool. | 350.00 | 2 | 1,166.67 |
| 04/13/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 05/14/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 05/15/2018 | Howie Slomka | Chapter 11 Filing Fees | Visit properties; TC creditor counsel ; go over MOR and prepare budget for plan reorg. | 0.00 | 2.5 | NC |
| 05/16/2018 | Howie Slomka | C11 Attorney Services | TC with client to discuss Wichita progress and MOR;  revise report;  email creditor counsel. | 350.00 | 2 | 700.00 |
| 5/22/2018 | Howie Slomka | C11 Attorney Services | TC and emails with Leon VanGelderen re consent order and debtor discovery | 350.00 | 0.6 | 210.00 |
| 06/03/2018 | Howie Slomka | C11 Attorney Services | REVIEW DOC PRODUCTION AND CONTACT CLIENT (20), (1hr) ASSIST WITH DEPO PREP. | 350.00 | 1.3333333 | 466.67 |
| 06/07/2018 | Howie Slomka | C11 Attorney Services | TC creditor counsel; prep for deposition;  review doc production | 350.00 | 1 | 350.00 |
| 06/15/2018 | Howie Slomka | C11 Attorney Services | review docket; discovery requests and responses(30); schedule deposition with LVG.(30) | 350.00 | 1 | 350.00 |
| 06/15/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 07/02/2018 | Takiyah Holmes | C11 Paralegal Services | Printed and Saved New Proofs of Insurance for Properties | 185.00 | 0.1 | 18.50 |
| 07/02/2018 | Takiyah Holmes | C11 Paralegal Services | Emailed and attached all updated Proofs of Insurance to Mr. Van Gelderen OPC | 185.00 | 0.3 | 55.50 |

| Date | Timekeeper | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/03/2018 | Howie Slomka | C11 Attorney Services | review docket and docs for discovery' email client re Hariston lease and Wichita house. | 350.00 | 1.1666667 | 408.33 |
| 07/05/2018 | Howie Slomka | C11 Attorney Services | TC L Van Gelderen and client re Hariston (30) and monthly operating report review and edit (45) | 350.00 | 1.1333333 | 396.67 |
| 07/16/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 07/19/2018 | Takiyah Holmes | C11 Paralegal Services | Email to client requesting Declaration Page | 185.00 | 0.1 | 18.50 |
| 08/09/2018 | Howie Slomka | C11 Attorney Services | TC client about status and email LVG; research and pull loan docs. | 350.00 | 1.5 | 525.00 |
| 08/17/2018 | Fernando Bustelo | C11 Paralegal Services | Various emails and phone call with client regarding current insurance coverage on all properties. Obtain declaration copies and share with trustee's attorney. | 185.00 | 0.25 | 46.25 |
| 08/17/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 09/14/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 09/26/2018 | Takiyah Holmes | C11 Paralegal Services | Email to client confirming appointment | 185.00 | 0.1 | 18.50 |
| 09/27/2018 | Howie Slomka | C11 Attorney Services | Prep for and attend meeting with client; go over MORs and current budget; plan for next steps; amend and file Schedule D showing Wichita mortgage. Client left at 11:30 am. HPS done at 12:15. | 350.00 | 1.5 | 525.00 |
| 09/27/2018 | Takiyah Holmes | C11 Paralegal Services | Met with client with HS re: plan for properties and Bk going forward | 185.00 | 0.5 | 92.5 |
| 10/08/2018 | Takiyah Holmes | Chapter 11 Filing Fees | Filed Amendment to Schedule D - COST | 31.00 | 1 | 31.00 |
| 10/08/2018 | Takiyah Holmes | C11 Paralegal Services | Prepared and Filed Amendment to Schedule D | 185.00 | 1.2 | 222 |
| 10/18/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 10/24/2018 | Howie Slomka | C11 Attorney Services | Review Silver Harvest MFR and email client to discuss. | 350.00 | 1 | 350.00 |
| 11/08/2018 | Howie Slomka | C11 Attorney Services | Review files (20)  review MFR and emails from Leon VG (20)  TC client to discuss options. (50 mins) | 350.00 | 1.5 | 525.00 |

| Date | Name | Category | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/08/2018 | Fernando Bustelo | C11 Paralegal Services | Set up call with Leon Van Gelderen and attend conference call regarding Wichita property and overall proposed terms of the consent order. | 185.00 | 0.1666667 | 30.83 |
| 11/09/2018 | Howie Slomka | C11 Attorney Services | (45 min) phone call with client rre upcoming MFR. 30 min tc with cred counsel to propose consent order; 20 mins reviewing files and prop values; 20 minutes compiling chart of back taxes.  TC and emails with client and fernando. | 350.00 | 1.9166667 | 670.83 |
| 11/14/2018 | Howie Slomka | C11 Attorney Services | Draft consent order to MFR hrg; transmit to opp counsel;  TC client to review terms. | 350.00 | 1.5 | 525.00 |
| 11/14/2018 | Howie Slomka | C11 Attorney Services | 20 mins - attend court and make announcement;   40 mins draft and review consent order and send to UST for consent. | 350.00 | 1.3333333 | 466.67 |
| 11/19/2018 | Fernando Bustelo | C11 Paralegal Services | 20 mins Upload to court.;  tc client Review proposed consent order granting lenders' motion to lift stay, correspond with opp. counsel and HPS regarding changes. Upload order and re-upload based on misc. deficiencies reported by Clerk. | 185.00 | 0.4166667 | 77.08 |
| 11/19/2018 | Fernando Bustelo | C11 Paralegal Services | Review documents from client, consolidate and file operating report. | 185.00 | 0.25 | 46.25 |
| 12/07/2018 | Fernando Bustelo | C11 Paralegal Services | Mail out envelopes to creditors containing a certificate of service (COS) and filed order granting motion to lift stay. Draft and file COS. | 185.00 | 0.75 | 138.75 |
| 12/17/2018 | Fernando Bustelo | C11 Paralegal Services | Draft disclosure statement, and notice of hearing. Review consent order granting motion to lift stay and emails from client confirming payment in accordance with terms of the order. Email to HPS for revision. | 185.00 | 0.8333333 | 154.17 |
| 12/19/2018 | Howie Slomka | C11 Attorney Services | Prep, revise and file Pln, disclosure statement and Application for cond approval | 350.00 | 2.1 | 735.00 |
| 20-Dec | Howie Slomka | C11 Attorney Services | Prepare and file First Fee Application | 350.00 | 1.3 | 455.00 |
|  |  |  |  |  | 51.1 | $ 17,441.51 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SOLID ESTATE INVESTMENTS LLC | ) | CASE NO. 17-72345-PWB |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day served the foregoing FIRST APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION FOR CHAPTER 11 LEGAL FEES DUE TO DEBTOR'S ATTORNEY THROUGH DECEMBER 20, 2018 upon the following by US Mail and the ECF system.

SEE ATTACHED LIST OF CREDITORS

      Dated this 20th day of December, 2018.

By:   /s/  Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

```
Label Matrix for local noticing        Angle Oak Prime Bridge, LLC           Chevron and Texaco Business Ca
113E-1                                  3060 Peachtree Road NW                PO Box 921729
Case 17-72345-pwb                       Ste. 500                              Norcross, GA 30010-1729
Northern District of Georgia            Atlanta, GA 30305-2239
Atlanta
Thu Dec 20 16:23:28 EST 2018

DeKalb County Tax Commissioner          DeKalb Tax Commissioner               Department of the Treasury
1380 Memorial Drive                     PO Box 100004                         Internal Revenue Service
Suite 100                               Decatur, GA 30031-7004                P.O. Box 7346
Decatur, GA 30032-1239                                                        Philadelphia PA 19101-7346


(p)GEORGIA DEPARTMENT OF REVENUE        Golden Harvest Realty, LLC            Golden Harvest Realty, LLC
COMPLIANCE DIVISION                     c/o Leon Van Gelderen, Esq.           c/o Leon Van Gelderen, PC
ARCS BANKRUPTCY                         Leon Van Gelderen, PC                 2300 Henderson Mill Rd., Ste 300
1800 CENTURY BLVD NE SUITE 9100         Suite 300                             Atlanta, GA 30345-2704
ATLANTA GA 30345-3202                   2300 Henderson Mill Rd, NE
                                        Atlanta, GA 30345-2704

Gwinett County Tax Commission           Gwinett County Tax Commissione        Gwinnet County Tax Commission
PO Box 372                              PO Box 372                            PO Box 372
Lawrenceville, GA 30046-0372            Lawrenceville, GA 30046-0372          Lawrenceville, GA 30046-0372



Gwinnett County Dept of Water           Gwinnett County Tax Commission        Internal Revenue Service
184 Winder Highway                      PO Box 372                            P. O. Box 7346
Lawrenceville, GA 30045-6940            Lawrenceville, GA 30046-0372          Philadelphia, PA 19101-7346



Leon Van Gelederen, P.C.                James H. Morawetz                     Martin P. Ochs
2300 Henderson Mill Road NE             Office of U.S. Trustee                Office of the U. S. Trustee
Suite 300                               362 Richard Russell Bldg.             362 Richard Russell Federal Bldg.
Atlanta, GA 30345-2704                  75 Ted Turner Drive, SW               75 Ted Turner Drive, SW
                                        Atlanta, GA 30303-3330                Atlanta, GA 30303-3330

SOLID ESTATE INVESTMENTS, LLC           Secretary of the Treasury             Silver Harvest Realty, LLC
c/o Allen Richardson                    15th & Pennsylvania Avenue, NW        c/o Leon Van Gelderen, Esq.
574 HARALSON DRIVE SW                   Washington, DC 20200                  Leon Van Gelderen, PC
Lilburn, GA 30047-5377                                                        Suite 300
                                                                              2300 Henderson Mill Rd., NE
                                                                              Atlanta, GA 30345-2704

Silver Harvest Realty, LLC              Silver Harvest Realty, LLC            Howard P. Slomka
1103 Promontory Drive                   Leon Van Gelderen, Esq.               Slipakoff & Slomka, PC
Marietta, GA 30062-2987                 2300 Henderson Mill Rd. NE            Overlook III - Suite 1700
                                        Ste 300                               2859 Paces Ferry Rd, SE
                                        Atlanta, GA 30345-2704                Atlanta, GA 30339-6213

U. S. Attorney                          U. S. Securities and Exchange Commission   United States Trustee
600 Richard B. Russell Bldg.            Office of Reorganization              362 Richard B Russell Bldg
75 Ted Turner Drive, SW                 Suite 900                             75 Ted Turner Drive, SW
Atlanta GA 30303-3315                   950 East Paces Ferry Road, NE         Atlanta, GA 30303-3315
                                        Atlanta, GA 30326-1382

Leon Arthur Van Gelderen                Walton EMC                            Wells Fargo Business Secured
Leon A. Van Gelderen, PC                PO BOX 260                            PO Box 77033
Suite 300                               Monroe, GA 30655-0260                 Minneapolis, MN 55480-7733
2300 Henderson Mill Road
Atlanta, GA 30345-2704
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Bankruptcy Division
Post Office Box 161108
Atlanta, GA 30321

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Gwinnett County Tax Commission          (d)Internal Revenue Service          End of Label Matrix
PO Box 372                                  PO Box 7346                          Mailable recipients    29
Lawrenceville, GA 30046-0372                Philadelphia, PA 19101-7346          Bypassed recipients     2
                                                                                 Total                  31