

**IT IS ORDERED as set forth below:**

**Date: December 26, 2018**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

SOLID ESTATE INVESTMENTS LLC,

Debtor.

CASE NO. 17-72345-PWB

CHAPTER 11

<u>ORDER AND NOTICE CONDITIONALLY APPROVING DISCLOSURE STATEMENT,
FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND
FIXING TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND
TO CONFIRMATION OF THE PLAN
AND
NOTICE OF HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT
AND THE HEARING ON CONFIRMATION OF THE PLAN</u>

The Debtor filed a chapter 11 plan [Doc. 41] and disclosure statement [Doc. 42] on December 19, 2018.  It is

ORDERED AND NOTICE IS HEREBY GIVEN that:

A. The disclosure statement [Doc. 42] filed by the Debtor on December 19, 2018, is conditionally approved.

B. **February 5, 2019** is fixed as the last day for filing written acceptances or rejections of the first amended chapter 11 plan.

C. **February 5, 2019** is fixed as the last day for filing and serving written objections to the disclosure statement and confirmation of the plan. Any party objecting to the final approval of the disclosure statement or objecting to confirmation of the Debtor's plan must attend the hearing. Written objections shall be filed with the Clerk, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, or by using the Court's electronic case filing system ("CM/ECF"). For information on electronic filing, consult the Court's website at www.ganb.uscourts.gov. Any objection must also be served upon counsel for the Debtor.

D. The Court shall hold a hearing on final approval of the disclosure statement and confirmation of the plan on **February 12, 2019**, at **10:00 a.m.**, in Courtroom 1401, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

E. The Debtor shall mail copies of this Order, the plan, the disclosure statement, and a ballot to creditors and parties in interest, within five days of the entry date of this Order and file a certificate of service showing same.

**END OF ORDER**

## Distribution List

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Martin P. Ochs
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303