**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SOLID ESTATE INVESTMENTS LLC | ) | CASE NO. 17-72345-PWB |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day served a copy of the Order, the plan, the disclosure statement, and a ballot to creditors and parties in interest, within five days of the entry date of the Order Granting Provisional Approval of Disclosure Statement (Doc. 47) together with Ballots, Plan of Reorganization (Doc. 41), and Disclosure Statement (Doc 42) in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to all parties in interest to insure delivery addressed as follows:

United States Trustee (served via ECF)
362 Richard B Russell Bldg
75 Ted Turner Drive SW
Atlanta, GA 30303

                    SEE ATTACHED FOR CREDITORS.

Dated: December 31, 2018

                                                    ____/s/_____
                                                    Howard Slomka, Esq.
                                                    Georgia Bar #652875
                                                    Attorney for Debtor
                                                    Slipakoff & Slomka, PC
                                                    Overlook III – Suite 1700
                                                    2859 Paces Ferry Rd, SE
                                                    Atlanta, GA 30339

Label Matrix for local noticing
113E-1
Case 17-72345-pwb
Northern District of Georgia
Atlanta
Fri Apr 13 13:48:42 EDT 2018

Angle Oak Prime Bridge, LLC
3060 Peachtree Road NW
Ste. 500
Atlanta, GA 30305-2239

Chevron and Texaco Business Ca
PO Box 921729
Norcross, GA 30010-1729

DeKalb County Tax Commissioner
4380 Memorial Drive
Suite 100
Decatur, GA 30032-1239

DeKalb Tax Commissioner
PO Box 100004
Decatur, GA 30031-7004

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Golden Harvest Realty, LLC
c/o Leon Van Galderen, Esq.
Leon Van Galderen, PC
Suite 300
2300 Henderson Mill Rd, NE
Atlanta, GA 30345-2704

Golden Harvest Realty, LLC
c/o Leon Van Galderen, PC
2300 Henderson Mill Rd., Ste 300
Atlanta, GA 30345-2704

Gwinnett County Tax Commission
PO Box 372
Lawrenceville, GA 30046-0372

Gwinnett County Tax Commissions
PO Box 372
Lawrenceville, GA 30046-0372

Gwinnet County Tax Commission
PO Box 372
Lawrenceville, GA 30046-0372

Gwinnett County Dept of Water
684 Winder Highway
Lawrenceville, GA 30045-6940

Gwinnett County Tax Commission
PO Box 372
Lawrenceville, GA 30046-0372

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Leon Van Galderen, P.C.
2300 Henderson Mill Road NE
Suite 300
Atlanta, GA 30345-2704

James H. Morawetz
Office of U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

Martin P. Ochs
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330

SOLID ESTATE INVESTMENTS, LLC
c/o Allen Richardson
574 HARALSON DRIVE SW
Lilburn, GA 30047-5377

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Silver Harvest Realty, LLC
c/o Leon Van Galderen, Esq.
Leon Van Galderen, PC
Suite 300
2300 Henderson Mill Rd., NE
Atlanta, GA 30345-2704

Silver Harvest Realty, LLC
1103 Promontory Drive
Marietta, GA 30062-2987

Silver Harvest Realty, LLC
Leon Van Galderen, Esq.
2300 Henderson Mill Rd. NE
Ste 300
Atlanta, GA 30345-2704

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339-6213

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303-3315

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

United States Trustee
362 Richard B Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Leon Arthur Van Galderen
Leon A. Van Galderen, PC
Suite 300
2300 Henderson Mill Road
Atlanta, GA 30345-2704

Walton EMC
PO BOX 260
Monroe, GA 30655-0260

Wells Fargo Business Secured
PO Box 77033
Minneapolis, MN 55480-7733

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Bankruptcy Division
Post Office Box 161108
Atlanta, GA 30321

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Gwinnett County Tax Commission
PO Box 372
Lawrenceville, GA 30046-0372

(d)Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    29
Bypassed recipients     2
Total                  31