

**IT IS ORDERED as set forth below:**

**Date: March 5, 2019**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SOLID ESTATE INVESTMENTS LLC | ) | CASE NO. 17-72345-PWB |
| | ) | |
| Debtor. | ) | |

======================================================================

**ORDER APPROVING DISCLOSURE STATEMENT AND CONFIRMING PLAN**

The plan under chapter 11 of the Bankruptcy Code filed by Debtor Solid Estate Investments, LLC, on December 19, 2018 (Doc. No. 41), as amended on February 19, 2019 (Doc.No.62) (as amended referred to as the "Plan"), and the Disclosure Statement dated December 19, 2018 (Doc. No. 42) having been transmitted to creditors and equity security holders; and it having been determined at a hearing on February 26, 2019 after due notice to all creditors that the requirements for confirmation set forth in 11 U.S.C. § 1129(a), and 1129(b) as to Class 4, have

been satisfied, and that no classes voted to reject to Plan, and that United States Trustee stated that it had no objection to the confirmation of the Plan ;

IT IS ORDERED that: The Disclosure Statement, having been conditionally approved by this Court's Order dated December 27, 2018 (Doc. 47) is hereby approved;

IT IS FURTHER ORDERED that: The Plan, as amended, is confirmed.

Debtor's counsel shall serve a copy of this Order on all interested parties and file a certificate of service on the docket.

*** END OF ORDER ***

Prepared and presented by:
\_\_\_\_\_/s/_____
Howard P. Slomka, Esq.
GA Bar 652875
Attorney for Debtor
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@atl.law
(404) 800-4017

Distribution List:

Howard P. Slomka, Esq.
Attorney for Debtor
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@myatllaw.com

## Distribution List

Howard P. Slomka, Esq.
GA Bar 652875
Attorney for Debtor in Posession
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@atl.law
(404) 800-4017

**END OF DOCUMENT**