

**IT IS ORDERED as set forth below:**

**Date: March 5, 2019**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SOLID ESTATE INVESTMENTS LLC | ) | CASE NO. 17-72345-PWB |
| | ) | |
| Debtor. | ) | |

==========================================================================

**ORDER APPROVING DISCLOSURE STATEMENT AND CONFIRMING PLAN**

The plan under chapter 11 of the Bankruptcy Code filed by Debtor Solid Estate Investments, LLC, on December 19, 2018 (Doc. No. 41), as amended on February 19, 2019 (Doc.No.62) (as amended referred to as the "Plan"), and the Disclosure Statement dated December 19, 2018 (Doc. No. 42) having been transmitted to creditors and equity security holders; and it having been determined at a hearing on February 26, 2019 after due notice to all creditors that the requirements for confirmation set forth in 11 U.S.C. § 1129(a), and 1129(b) as to Class 4, have

been satisfied, and that no classes voted to reject to Plan, and that United States Trustee stated that it had no objection to the confirmation of the Plan ;

IT IS ORDERED that: The Disclosure Statement, having been conditionally approved by this Court's Order dated December 27, 2018 (Doc. 47) is hereby approved;

IT IS FURTHER ORDERED that: The Plan, as amended, is confirmed.

Debtor's counsel shall serve a copy of this Order on all interested parties and file a certificate of service on the docket.

*** END OF ORDER ***

Prepared and presented by:
_____/s/_____
Howard P. Slomka, Esq.
GA Bar 652875
Attorney for Debtor
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@atl.law
(404) 800-4017


Distribution List:

Howard P. Slomka, Esq.
Attorney for Debtor
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@myatllaw.com

**Distribution List**

Howard P. Slomka, Esq.
GA Bar 652875
Attorney for Debtor in Posession
Slipakoff and Slomka P.C
2859 Paces Ferry Road, Suite 1700
Atlanta, GA 30339
hs@atl.law
(404) 800-4017

**END OF DOCUMENT**

United States Bankruptcy Court
Northern District of Georgia

In re:  
SOLID ESTATE INVESTMENTS, LLC  
    Debtor

Case No. 17-72345-pwb  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 113E-9        User: tf        Page 1 of 1        Date Rcvd: Mar 05, 2019  
                       Form ID: pdf537        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.  
db        +SOLID ESTATE INVESTMENTS, LLC,   c/o Allen Richardson,   574 HARALSON DRIVE SW,  
          Lilburn, GA 30047-5377  
         +Howard P. Slomka, Esq.,   Attorney for Debtor,   Slipakoff and Slomka P.C,  
          2859 Paces Ferry Road,,   Suite 1700,   Atlanta, GA 30339-6213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
aty       +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Mar 05 2019 21:30:42    James H. Morawetz,  
          Office of U.S. Trustee,   362 Richard Russell Bldg.,   75 Ted Turner Drive, SW,  
          Atlanta, GA 30303-3330  
ust       +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Mar 05 2019 21:30:42    United States Trustee,  
          362 Richard B Russell Bldg,   75 Ted Turner Drive, SW,   Atlanta, GA 30303-3315  
                                                                                                                                                                                                                                                                 TOTAL: 2

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                        Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:  
        Howard P. Slomka   on behalf of Debtor   SOLID ESTATE INVESTMENTS, LLC se@myatllaw.com, myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com  
        Howard P. Slomka   on behalf of Creditor   Gwinnett County Tax Commissioner se@myatllaw.com, myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com  
        John K. Rezac   on behalf of Creditor   DeKalb County, Georgia jrezac@taylorenglish.com, twesley@taylorenglish.com  
        Leon Arthur Van Gelderen   on behalf of Creditor   Golden Harvest Realty, LLC lvgpc@lvglaw.com, Leon@lvglaw.com  
        Leon Arthur Van Gelderen   on behalf of Creditor   Silver Harvest Realty, LLC lvgpc@lvglaw.com, Leon@lvglaw.com  
        Martin P. Ochs   on behalf of U.S. Trustee   United States Trustee martin.p.ochs@usdoj.gov  
                                                                                                                                                                                                                                                                                                            TOTAL: 6