IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:2017bk72345 |
| Solid Estate Investments, LLC, | : | CHAPTER 11 |
| Debtor. | : | JUDGE BONAPFEL |
| SILVER HARVEST REALTY, LLC, and GOLDEN HARVEST REALTY, LLC, | : | DECLARATION OF LEON VAN GELDEREN |
| Movants, | : | RE: DEFAULT UNDER CONSENT ORDER; REQUEST FOR ENTRY OF ORDER GRANTING RELIEF FROM STAY |
| v. | : | |
| SOLID ESTATE INVESTMENTS, LLC, | : | |
| Respondent. | : | |

I, LEON VAN GELDEREN, counsel for the Movants declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would testify competently hereto.

2. On November 20, 2018 the court entered an order conditioning continuation of the automatic stay in the above-entitled bankruptcy case on the performance by the Debtor of certain obligations for the benefit of Silver Harvest Realty, LLC. and Golden Harvest Realty, LLC  A true and correct copy of the Consent Order is attached hereto as Exhibit "A."

3. I have knowledge regarding the Debtor's lack of performance under the terms of the consent Order, based on the affidavits attached and my communications with the Debtors' counsel. See Exhibit "B".

4. I am counsel for the Movants and the Consent Order required the Debtor to make payments directly to my client.

5. The Debtor has defaulted upon obligations under the Order by:

   a) Failing to pay full mortgage and escrow payments for all eight properties in April 2019;

   b) Failing to make payments to the Movants per the Chapter 11 Plain in April 2019; and

[1]

c) Debtor failed to refinance the S. Hairston Road property and payoff the Movant.

6. I gave e-mail and written notice of default to the Debtor's attorney, and as of today, Debtor failed to cure the defaults identified in the Notice within the cure period stated in the Notice.

7. In light of the foregoing, under the terms of the Consent Order, Movant is entitled to relief from the automatic stay. Concurrently herewith, Movant is filing a granting Movant relief from the automatic stay.

I declare under penalty of perjury under the laws of the United states that the foregoing is true and correct.

This 7th day of May 2019.

Leon Van Gelderen
Georgia Bar No. 723460
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Telephone (770) 392-9006
Facsimile (770) 293-2090
lvgpc@lvglaw.com



**IT IS ORDERED as set forth below:**

Date: November 20, 2018

Paul W. Bonapfel
U.S. Bankruptcy Court Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 17-72345-pmb |
| Solid Estate Investments, LLC, | : | |
| | : | CHAPTER 11 |
| Debtor. | : | |
| | : | |
| SILVER HARVEST REALTY, LLC, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| SOLID ESTATE INVESTMENTS, LLC, | : | |
| | : | |
| Respondent. | : | |

**CONSENT ORDER GRANTING MOTION TO LIFT STAY**

[1]

Silver Harvest Realty LLC, Creditor, filed its Motion for Relief From Stay (Doc. No. 31) (the "Silver Motion") on October 23, 2018. A related entity, Golden Harvest Realty, LLC, filed a companion motion (Doc. No. 34) (the "Golden Motion") (the Silver Motion and the Golden Motion are collectively referred to as the "Motions" and the movants therein as the "Movants").

The Silver Motion refers to seven (7) single-family rental properties owned by Debtor, which secure loans made by movant. The Golden Motion involves one (1) additional single-family rental property.

The Motions allege that Debtor is behind on the 2017 real estate taxes and on 2018 real estate taxes, and that failure to pay taxes threatens the movants' security and fails to adequately protect the property for future tax sales.

The Debtor is current on all post-petition payments to the movants under the applicable loan documents, however the 2018 escrow amounts were deficient, resulting in a shortfall of $3,260.28 (the "2018 Tax Arrearage Amount"). The 2019 payments have been adjusted to account for this shortfall, and Debtor has received notice of the increased payment amounts which will be due on each property commencing January 1, 2019 (the "2019 Payments").

[2]

Debtor was in arrears on 2017 real estate taxes upon the properties, and currently owes the Movant $9,492.42 plus interest of 7.5% per annum which includes taxes due, paid and interest accrued through the Motions (the "2017 Tax Amount"). These amounts were paid by Movant after the filing of the petition to avoid tax sales.

Debtor insures each property under a policy which is in effect and paid through June 2019. Debtor is not required to escrow insurance payments.

The loan secured by the property at 1773 South Hariston Road in Stone Mountain, GA 30088 ("Hariston Property") is the only one which had matured prior to the petition date.

The parties having agreed to the terms and conditions below, and the Court having approved the terms, it is accordingly

ORDERED that:

1. Debtor shall pay to Movant the 2018 Tax Arrearage Amount of $3,260.28 within thirty (30) days after the date of this Order; and

2. Debtor shall pay the cost to file the Motions of $750.00 to counsel for Movant within ten (10) days after the date of this Order; and

3. Debtor shall pay the 2019 Mortgage Payments and Escrow Payments timely and in the ordinary course. In the event that any such payment is

[3]

delayed by more than ten (10) days (a "2019 Payment Default"), then the Movant shall have the right to file declaration of default, and this Court shall enter an Order lifting the automatic stay as to each property for which a 2019 Payment Default occurs, allowing Movant to exercise all remedies under state law; and

4. The 2017 Tax Amount shall be paid by Debtor to Movant as follows: (i) in the Chapter 11 Plan, payments of not less than $750 per month; and (ii) prior to the confirmation of the Chapter 11 Plan, Debtor shall deliver monthly payments of $500 per month to apply toward the 2017 Tax Amount; and

5. Debtor shall refinance the Hariston Property (or obtain a purchase and sale agreement sufficient to pay off the loan held by Movant) on or before February 15, 2019, and shall keep all monthly payments current on the property at all times, and shall maintain a paying tenant in the property. In the event that Debtor does not meet these terms then the Movant may file a declaration of default and this Court shall enter an Order lifting the automatic stay as to the Hariston Property and allowing Movant to exercise all remedies under state law; and

6. Debtor shall maintain insurance coverage on all properties; and

7. Debtor shall file its Disclosure Statement and Chapter 11 Plan within thirty (30) days after the date of this Order, and shall achieve a confirmation

of said plan within sixty (60) days thereafter. In the event the Plan is not confirmed with such time period (subject to reasonable delays associated with this Court's scheduling) then Debtor shall file a motion to dismiss the case, or to convert to chapter 7 should the Court so order; and

8.  Debtor's counsel shall mail this Order to all creditors and interested parties and shall file a Certificate of Service evidencing same on the docket.

END of ORDER

Prepared by:
SLIPAKOFF & SLOMKA, PC
*Attorney for Debtor*

__/s_____

Howard P. Slomka, Esq.
Georgia Bar No. 652875
Suite 1700
2359 Paces Ferry Road, SE
Atlanta, GA 30339
Telephone (404)800-4017
HS @Atl.Law

Consented to:
LEON VAN GELDEREN, P.C.
*Attorney for Movant /Creditor*

__/s_____

Leon Van Gelderen
Georgia Bar No. 723460
Suite 300
2300 Henderson Mill Road
Atlanta, GA 30345
Telephone (770) 392-9006
lvgpc@lvglaw.com

[5]

NO OPPOSITION BY:

___s/_____
Martin P. Ochs, Esq.
Ga Bar  091608
U.S. Department of Justice
Office of the U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303
Martin.p.ochs@usdoj.gov

[Distribution List]

Howard P. Slomka, Esq.
2359 Paces Ferry Road, SE, Suite 1700
Atlanta, GA 30339

LAW OFFICES
# LEON VAN GELDEREN, P.C.
SUITE 300
2300 HENDERSON MILL ROAD
ATLANTA, GEORGIA 30345

Telephone 770.392.9006

Facsimile 770.392.2090

lvgpc@lvglaw.com
(office email)

Leon@lvglaw.com
(direct email)

May 1, 2019

**Via email to** hs@atl.law **and first class mail.**
Howard P. Slomka, Esq.
Slipakoff and Slomka PC
Overlook III - Suite#1700
2859 Paces Ferry Rd. SE
Atlanta, GA 30339

RE: Solid Estate Investments, LLC / Chapter 11
US Bankruptcy Court Northern District of Georgia Case No. 17-723445-pwb

Dear Howie:

Enclosed are affidavits of default signed by my client. I intend to file my declaration with the Court if all delinquent amounts are not paid in full by May 6, 2019.

Sincerely,

LEON VAN GELDEREN, P.C.

Leon Van Gelderen

LVG/cdm
Enclosure(s)
cc:   Robert Tsai



EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:2017bk72345 |
| Solid Estate Investments, LLC, | : | CHAPTER 11 |
| Debtor. | : | |
| | : | |
| GOLDEN HARVEST REALTY, LLC, | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| SOLID ESTATE INVESTMENTS, LLC, | : | |
| Respondent. | : | |

## AFFIDAVIT OF MING FENG TSAI

Personally appeared before me, an officer duly authorized to administer oaths, came MING FENG TSAI, who, upon being properly sworn, states as follows:

1.

The following information is given by me based on personal knowledge as the managing member of Golden Harvest Realty, LLC.

2.

I am over 18 and competent to testify in legal matters as a US citizen.

3.

I am in charge of all collections and billing for Golden Harvest Realty, LLC.

[1]

4.

I am familiar with all payments made by Solid Estate Investments, LLC ("Solid Estate") to Golden Harvest Realty, LLC.

5.

Solid Estate failed to pay the mortgage payments to Golden Harvest in April, 2019 for a property on 1010 Tahoe Trail, NW.

6.

Solid Estate also failed to pay any escrow payments for taxes in April 2019 on this property.

7.

Solid Estate also failed to make payments to Golden Harvest for past due taxes in 2016 and 2017 and arears as required by the Court Order and the Chapter 11 Plan for March and April 2019.

Further affiant sayeth not.

_/s/ Ming Feng Tsai_
Ming Feng Tsai

Sworn to and subscribed
to before me this _1st_
day of _May_ 2019.

_/s/ Valda D Boykin_
Notary Public
My commission expires:
_January 25, 2020_

[2]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-72345-pmb |
| Solid Estate Investments, LLC, | |
| Debtor. | CHAPTER 11 |
| SILVER HARVEST REALTY, LLC, | |
| Movant, | |
| v. | CONTESTED MATTER |
| SOLID ESTATE INVESTMENTS, LLC,: | |
| Respondent. | |

## AFFIDAVIT OF MING FENG TSAI

Personally appeared before me, an officer duly authorized to administer oaths, came MING FENG TSAI, who, upon being properly sworn, states as follows:

1.

The following information is given by me based on personal knowledge as the managing member of Silver Harvest Realty, LLC.

2.

I am over 18 and competent to testify in legal matters as a US citizen.

3.

I am in charge of all collections and billing for Silver Harvest Realty, LLC.

[1]

4.

I am familiar with all payments made by Solid Estate Investments, LLC ("Solid Estate") to Silver Harvest Realty, LLC.

5.

Solid Estate failed to pay one mortgage payment to Silver Harvest in April, 2019 for a property located at_2375 CUMBERLAND COURT SNELLVILLE, GA  30039_.

6.

Solid Estate also failed to pay any escrow payments for taxes in April 2019 on seven properties and owed $__1154.14_____ for the escrow payments.

7.

Solid Estate failed to make payments to Silver Harvest for past due taxes in 2016 and 2017 and arears as required by the Court Order and the Chapter 11 Plan for March and April 2019, with only $500 paid in March 2019.

Further affiant sayeth not.

_____
Ming Feng Tsai

Sworn to and subscribed
to before me this _1st_
day of _May_ 2019.

_Valda D Boykin_
Notary Public
My commission expires:

January 25, 2020

[2]

**Leon Van Gelderen**

---

| | |
|---|---|
| **From:** | Leon Van Gelderen |
| **Sent:** | Thursday, April 18, 2019 6:18 PM |
| **To:** | hs@atl.law |
| **Cc:** | MingFeng Tsai |
| **Subject:** | Solid Estate Investments |

Howie- Your client is to remit a total of $1,000.00 pursuant to the approved plan to my guy. It was confirmed March 8, They only paid $500 for March and are delinquent.

Sincerely,

**Leon Van Gelderen, Esq.**
Leon Van Gelderen, P.C.
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Telephone (770) 392-9006
Facsimile (770) 392-2090

NOTICE: This email message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone [(770) 392-9006] and delete this message and all copies and backups thereof. Thank you.

**Leon Van Gelderen**

---

**From:** Leon Van Gelderen
**Sent:** Thursday, April 18, 2019 3:38 PM
**To:** hs@atl.law
**Cc:** MingFeng Tsai
**Subject:** RE: Court results for Solid Estate Plan

Howie- Client's monthly statement and Consent Oder show premiums on insurance not due until mid June. Expect client to timely pay all money due per the Consent Order and the plan.

Sincerely,

## Leon Van Gelderen, Esq.

Leon Van Gelderen, P.C.
2300 Henderson Mill Road, Suite 300
Atlanta, GA  30345
Telephone (770) 392-9006
Facsimile (770) 392-2090

NOTICE: This email message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone [(770) 392-9006] and delete this message and all copies and backups thereof. Thank you.

**From:** hs@atl.law <hs@atl.law>
**Sent:** Monday, April 15, 2019 1:02 PM
**To:** Leon Van Gelderen <leon@lvglaw.com>
**Cc:** 'Fernando Bustelo' <fb@atl.law>
**Subject:** RE: Court results for Solid Estate Plan

Leon, my client informs me that April is when all insurance policies get paid. He is doing so, but this may delay some of this month's payments to your client. All will be current before end of month.

Please look at attached POC 10.  We used this figure in fashioning the total refi payoff for Hariston. I note that the past due interest and taxes are double counted as they have their own class payoffs. As my client works to refi Hariston, and zeros in on a loan amount, I may remove some of these and expressly confirm how and where they will be paid.   Just wanted to give a heads up.  His loan to value is tight here, so we are trying to get as much as we can to fully satisfy the loan and pay off your client, even if the pre-petition items gets paid in the other classes and not through the refi….

**From:** Leon Van Gelderen <leon@lvglaw.com>
**Sent:** Wednesday, February 20, 2019 5:39 PM
**To:** hs@atl.law
**Subject:** FW: Court results for Solid Estate Plan

Sincerely,

1