UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: ) | CASE NO. 17-72345-pwb | |
| ) | | |
| SOLID ESTATE INVESTMENTS, LLC ) | CHAPTER 11 | |
| ) | | |
| Debtor. ) | | |

==================================================================

**DEBTOR'S FINAL ADMINISTRATIVE EXPENSE REPORT**

COMES NOW the above-named Debtor and, pursuant to BLR 3022-1(b) files this Final Administrative Expense Report.

Debtor has substantially consummated the Plan and shows the following administrative expenses have been awarded or paid

| | | |
|---|---|---|
| 1. | Trustee Compensation | 0.00 |
| 2. | Attorney for Trustee Compensation | 0.00 |
| 3. | Attorney for Debtor Compensation | $17,441.51.plus |
| | | $13,235.83 pending approval |
| 4. | Other Professional Compensation | 0.00 |
| 5. | All Direct Expenses | Paid by DIP Account |
| 6. | US Trustee Quarterly Fees | Paid through Q3 2019 |

Distributions under the confirmed Plan have commenced and the Plan has been "substantially consummated" as defined in 11 USC § 1101(2).

An Application for Final Decree has been filed on the date herewith

3

Draft prepared and submitted by:

Debtor in Possession, by
SLIPAKOFF & SLOMKA, PC

By:___/s/_____
Howard P. Slomka, Esquire
Georgia Bar No. 652875
2875 Paces Ferry Rd, SE, Suite 1700
Atlanta, Georgia 30339
(404) 800-4017 (telephone)
hs@myatllaw.com (e-mail)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-72345-pwb |
| | ) | |
| SOLID ESTATE INVESTMENTS, LLC | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

=====================================================================

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing DEBTOR'S FINAL ADMINISTRATIVE EXPENSE REPORT upon the following by email and the ECF system.

[see attached Creditors]

Dated this 27TH day of September, 2019

By:   /s/  Howard P. Slomka, Esquire
Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

```
Label Matrix for local noticing      Angle Oak Prime Bridge, LLC         Mark Allan Baker
113E-1                                3060 Peachtree Road NW              McMichael Taylor Gray, LLC
Case 17-72345-pwb                     Ste. 500                            Suite 260
Northern District of Georgia          Atlanta, GA 30305-2239              3550 Engineering Drive
Atlanta                                                                   Peachtree Corners, GA 30092-2871
Fri Sep 27 13:00:52 EDT 2019

Chevron and Texaco Business Ca        DeKalb County Tax Commissioner      DeKalb County, Georgia
PO Box 921729                         4380 Memorial Drive                 c/o Taylor English Duma LLP
Norcross, GA 30010-1729               Suite 100                           1600 Parkwood Circle
                                      Decatur, GA 30032-1239              Suite 200
                                                                          Atlanta, GA 30339-2119

DeKalb Tax Commissioner               Department of the Treasury          (p)GEORGIA DEPARTMENT OF REVENUE
PO Box 100004                         Internal Revenue Service            COMPLIANCE DIVISION
Decatur, GA 30031-7004                P.O. Box 7346                       ARCS BANKRUPTCY
                                      Philadelphia PA 19101-7346          1800 CENTURY BLVD NE SUITE 9100
                                                                          ATLANTA GA 30345-3202

Golden Harvest Realty, LLC            Golden Harvest Realty, LLC          Gwinett County Tax Commission
c/o Leon Van Gelderen, Esq.           c/o Leon Van Gelderen, PC           PO Box 372
Leon Van Gelderen, PC                 2300 Henderson Mill Rd., Ste 300    Lawrenceville, GA 30046-0372
Suite 300                             Atlanta, GA 30345-2704
2300 Henderson Mill Rd, NE
Atlanta, GA 30345-2704

Gwinett County Tax Commissione        Gwinnet County Tax Commission       Gwinnett County Dept of Water
PO Box 372                            PO Box 372                          684 Winder Highway
Lawrenceville, GA 30046-0372          Lawrenceville, GA 30046-0372        Lawrenceville, GA 30045-6940

Gwinnett County Tax Commission        Gwinnett County Tax Commissioner    Internal Revenue Service
PO Box 372                            P.O. Box 372                        P. O. Box 7346
Lawrenceville, GA 30046-0372          Lawrenceville, GA 30046-0372        Philadelphia, PA 19101-7346

Lindsay P. S. Kolba                   Leon Van Gelederen, P.C.            James H. Morawetz
Office of the U.S. Trustee            2300 Henderson Mill Road NE         Office of U.S. Trustee
Suite 362                             Suite 300                           362 Richard Russell Bldg.
75 Ted Turner Drive, S.W.             Atlanta, GA 30345-2704              75 Ted Turner Drive, SW
Atlanta, GA 30303-3330                                                    Atlanta, GA 30303-3330

Martin P. Ochs                        John K. Rezac                       SOLID ESTATE INVESTMENTS, LLC
Office of the U. S. Trustee           Taylor English Duma LLP             c/o Allen Richardson
362 Richard Russell Federal Bldg.     1600 Parkwood Circle                574 HARALSON DRIVE SW
75 Ted Turner Drive, SW               Suite 200                           Lilburn, GA 30047-5377
Atlanta, GA 30303-3330                Atlanta, GA 30339-2119

Secretary of the Treasury             Silver Harvest Realty, LLC          Silver Harvest Realty, LLC
15th & Pennsylvania Avenue, NW        c/o Leon Van Gelderen, Esq.         1103 Promontory Drive
Washington, DC 20200                  Leon Van Gelderen, PC               Marietta, GA 30062-2987
                                      Suite 300
                                      2300 Henderson Mill Rd., NE
                                      Atlanta, GA 30345-2704

Silver Harvest Realty, LLC            Howard P. Slomka                    U. S. Attorney
Leon Van Gelderen, Esq.               Slipakoff & Slomka, PC              600 Richard B. Russell Bldg.
2300 Henderson Mill Rd. NE            Suite 2100                          75 Ted Turner Drive, SW
Ste 300                               3350 Riverwood Parkway              Atlanta GA 30303-3315
Atlanta, GA 30345-2704                Atlanta, GA 30339-3363
```

```
U. S. Securities and Exchange Commission      United States Trustee              Leon Arthur Van Gelderen
Office of Reorganization                      362 Richard B Russell Bldg         Leon A. Van Gelderen, PC
Suite 900                                     75 Ted Turner Drive, SW            Suite 300
950 East Paces Ferry Road, NE                 Atlanta, GA 30303-3315             2300 Henderson Mill Road
Atlanta, GA 30326-1382                                                           Atlanta, GA 30345-2704


Walton EMC                                    Wells Fargo Business Secured
PO BOX 260                                    PO Box 77033
Monroe, GA 30655-0260                         Minneapolis, MN 55480-7733
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue
Bankruptcy Division
Post Office Box 161108
Atlanta, GA 30321
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Gwinnett County Tax Commission             (d)Internal Revenue Service        (u)U.S. Bank National Association
PO Box 372                                    PO Box 7346
Lawrenceville, GA 30046-0372                  Philadelphia, PA 19101-7346
```

```
End of Label Matrix
Mailable recipients     34
Bypassed recipients      3
Total                   37
```