UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF GEORGIA
                            ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-71563-sms |
| | ) | |
| RITA ANN ROSE | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

=====================================================================

                        **APPLICATION FOR FINAL DECREE**

    COMES NOW Rita Rose (the "Applicant") and hereby files this Application for Final Decree pursuant to Fed. R.Bankr. P 3022, and respectfully shows the Court as follows

    1.    On November 6, 2015 Applicant filed a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (as amended, modified or supplemented, the "Bankruptcy Code"). No Trustee has been appointed. Applicant continues to operate and manage her affairs as a debtor-in-possession in accordance with Sections 1107 and 1108 of the Bankruptcy Code.

    2.    Debtor filed an amended plan of reorganization on April 16, 2018 (Doc. 117) (the "Plan"). The Court entered an Order Confirming and Amending Debtor's Plan of Reorganization on September 19, 2018 (Doc. 141).

    3.    The Plan provided for certain payments and transfers of property to various classes of creditors. Plan payments have been made on a monthly or quarterly basis since Plan confirmation and all are up to date as of the date hereof. Debtor is also up to date with her quarterly payments to the U.S. Trustee, with the 4th quarter 2018 payment to be made in the coming week.

    4.    Accordingly, the Plan has been substantially consummated.

5.	All motions, contested matters, and adversary proceedings have been finally resolved.

6.	The Debtor requests that the Court make appropriate provision in its Order closing the Case to allow any party in interest to file an objection to such closure. Barring any timely objections, the Order shall restrain all creditors and claimants from commencing or continuing any suit or other proceeding against Debtor or his assets which ay creditor or claimant had against Debtor or any of his assets at the time of filing the Petition, other than claims, rights or interests arising out of the confirmed Plan or orders of this Court.

WHEREFORE Counsel requests:

i.	that the Court enter a Final Decree and close the above-captioned case; and

ii	that the Court retain jurisdiction to enter a discharge Order and reopen the case for that limited purpose without Debtor paying a fee to reopen the case solely for the purpose of entry of a discharge Order upon completion of all Plan payments.

iii.	that the Court order such further relief as is deemed proper.

Respectfully Submitted, this 28th day of February, 2019.

> Respectfully Submitted,
> SLIPAKOFF AND SLOMKA, PC
> Attorney for Debtor
>
> By:    /s/  Howard P. Slomka, Esquire
> Georgia Bar #652875
> 2859 Paces Ferry Rd. SE. Suite 1700
> Atlanta, Georgia 30339
> Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| RITA ANN ROSE | : | |
| | : | CASE NO. 15-71563-sms |
| | : | |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the foregoing APPLICATION FOR FINAL DECREE upon the following by email and the ECF system.

SEE ATTACHED LIST OF CREDITORS

Dated this 28th day of February 2019.

By: /s/ Howard P. Slomka, Esquire

Georgia Bar #652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
Attorney for Debtor

3

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 15-71563-sms<br>Northern District of Georgia<br>Atlanta<br>Thu May 10 11:47:55 EDT 2018 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One N.A.<br>Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 |
| Capital One N.A.,<br>PO Box 165028<br>Irving, TX 75016-5028 | Viraj P. Deshmukh<br>Shapiro, Pendergast & Hasty, LLP<br>Suite 300<br>211 Perimeter Center Parkway, NE<br>Atlanta, GA 30346-1305 | Matthew N. Foree<br>Freeman Mathis & Gary LLP<br>Suite 1600<br>100 Galleria Parkway<br>Atlanta, GA 30339-5948 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Andrew D. Gleason<br>Lefkoff, Rubin, Gleason & Russo, P.C.<br>Suite 900<br>5555 Glenridge Connector<br>Atlanta, GA 30342-4762 | Greenpoint Mortgage Funding, Inc<br>Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-5004 |
| Michael McDonnell Hill<br>Freeman Mathis & Gary, LLP<br>Suite 1600<br>100 Galleria Parkway<br>Atlanta, GA 30339-5948 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Brian K. Jordan<br>Aldridge Pite, LLP<br>Suite 500 - Fifteen Piedmont Center<br>3575 Piedmont Road, NE<br>Atlanta, GA 30305-1636 |
| Vivieon E. Kelley<br>Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Lindsay P. S. Kolba<br>Office of the U.S. Trustee<br>Suite 362<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303-3330 | Lot 47 Island Harbor Club, LLC<br>c/o Tamara Miles Ogier<br>170 Mitchell St., SW<br>Atlanta, GA 30303-3441 |
| Taylor S. Mansell<br>Shapiro Pendergast & Hasty, LLP<br>Suite 300<br>211 Perimeter Center Parkway, NE<br>Atlanta, GA 30346-1305 | (p)PENDERGAST AND ASSOCIATES P C<br>211 PERIMETER CENTER PARKWAY<br>SUITE 300<br>ATLANTA GA 30346-1305 | James B. McClung<br>Carol Clark Law<br>6075 Lake Forrest Drive<br>Suite 280<br>Atlanta, GA 30328-3845 |
| Michael M. Hill<br>c/o Freeman Mathis & Gary, LLP<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339-5948 | James H. Morawetz<br>Office of U.S. Trustee<br>362 Richard Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3330 | Neil L. Wilcove<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339-5948 |
| Ogier, Rothschild & Rosenfeld, P.C.<br>Ogier Rothschild & Rosenfeld, PC<br>P. O. Box 1547<br>Decatur, GA 30031-1547 | Philip D. Storey<br>Alvarez, Smol & Winthrop<br>PO Box 3511<br>Orlando, FL 32802-3511 | Rita Ann Rose<br>1227 Village Terrace Court<br>Dunwoody, GA 30338-2318 |
| SLS<br>8742 Lucent Blvd<br>Suite 300<br>Highlands Ranch, CO 80129-2386 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 | Chad R. Simon<br>Buckley Modole P.C.<br>P. O. Box 80727<br>Atlanta, GA 30366-0727 |
| Edward P. Slonka<br>Slipakoff & Slonka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 | St. Paul Fire & Marine Insurance Company<br>c/o Freeman Mathis & Gary, LLP<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339-5948 | SunTrust Bank<br>Attn: Support Services<br>PO Box 85092<br>Richmond, VA 23285-5092 |

4

Suntrust
PO Box 26150/VA-RIC-9394
Richmond, VA 23260-6150

Suntrust
PO Box 4986
Orlando, FL 32802-4986

The Bank of New York Mellon, Trustee/Bne 410
c/o SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD, SUITE 300
HIGHLANDS RANCH, COLORADO 80129-2386

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta GA 30303-3315

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

WELLS FARGO BANK, N.A.
Attn: Bankruptcy Department
MAC# D3347-014
3476 Stateview Boulevard
Fort Mill, SC 29715-7203

WELLS FARGO BANK, N.A.
MAC F8235-02F
PO BOX 10438
DES MOINES, IA 50306-0438

Wells Fargo
800 Walnut Street
Des Moines, IA 50309-3891

Wells Fargo Home Mortgage
PO Box 10368
Des Moines, IA 50306-0368

5